# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EAST PLANO ISLAMIC CENTER (EPIC),** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. 1:25-cv-1085 |
| **TEXAS FUNERAL SERVICES** | § | |
| **COMMISSION and TEXAS FUNERAL** | § | |
| **SERVICES COMMISSION EXECUTIVE** | § | |
| **DIRECTOR in their official capacity.** | § | |
| *Defendants* | § | |

## DECLARATION OF MOHAMAD BAAJOUR

THIS DECLARATION is given under penalty of perjury pursuant to 28 U.S.C. § 1746. Declarant affirms, swears, and attests as follows:

1. My name is Mohamad Baajour. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. My business address is 4700 14th Street, Plano TX 75074. I make this declaration in support of the East Plano Islamic Center's (EPIC) request for emergency relief. The facts contained in this declaration are within my personal knowledge and are true and correct.

2. I serve as the Director of Religious Affairs at EPIC and have served Muslim communities in North America for more than two decades. In my role at EPIC, I help lead our community's religious, spiritual, and educational services, including the preparation and performance of religious funeral rites in accordance with Islamic tradition.

3. In Islam, caring for the deceased is seen as a solemn duty. The Janazah (funeral) prayer is a special congregational prayer offered for a dead Muslim, asking God to forgive and bless the departed. Crucially, this is considered a community obligation.

4. In practice this means if some members of the community perform the funeral prayer, others are relieved; but if no one does, the whole community is regarded as having failed their duty.

5. Likewise, preparing the body (washing, shrouding and burial) is likewise a collective duty. This communal aspect highlights that every Muslim has a right to have others pray for them after death and be buried according to Islamic rites.

6. Washing and Shrouding: First, close relatives or community volunteers of the same gender wash the body in a ritual bath (ghusl) and wrap it in plain white cloth (kafan). This is done

1

privately and respectfully – Islam teaches that even after death the human body is honored and sacred.

7. Janazah Prayer: The body is then taken (often on a bier) to a mosque or open space, where the community stands in rows and silently prays for the deceased. The prayer involves four declarations of "Allāhu Akbar" and includes Qur'anic recitation and special supplications for the living and dead.  For example, a common du'ā (supplication) is: "O God, forgive our living and our death . . . ."  This brief service has no bowing or prostration, but it is a powerful collective invocation for mercy.  (The Prophet (peace be upon him) said the funeral prayer was a right of every Muslim, and attending it yields great reward.).

8. Burial: Immediately after the prayer, the body is carried to the grave.  Muslims seek to bury the deceased quickly, typically within a day if possible.  The Prophet (peace be upon him) strongly urged, "Hasten at a funeral, for if the dead is good, you bring him close to good; if he is otherwise, you rid yourselves of an evil."   Thus Islam discourages unnecessary delays (since death is ultimately in God's hands and cannot be postponed).  The body is lowered into the earth on its right side, facing Mecca.  Family and friends may each take turns covering the grave with soil.

9. Islamic burial rites have deep spiritual meaning.  Muslims believe life and death belong to God.  Upon hearing of a death, believers say "Innā lillāhi wa-innā ilayhi rājiʿūn" ("Truly we belong to Allah and to Him we return").  This Qur'anic verse (2:156) teaches patience and acceptance of God's will.  The funeral rituals serve as a final act of compassion and worship.  The Janazah prayer explicitly asks God to forgive the deceased's sins and grant them peace.  At the same time, the community stands together in solidarity, supporting the grieving family.  The Prophet (peace be upon him) noted that those who attend and pray for the deceased earn reward: one hadith says accompanying the burial brings "a reward like two great mountains."

10. Islamic tradition views the funeral as a mix of religious duty and spiritual care.  It emphasizes timeliness (quick burial) based on prophetic teaching, community responsibility in performing the rites, and a faith perspective that through these prayers the community seeks mercy for the departed and finds comfort in God's wisdom.  These practices are grounded in Qur'ān and Hadith and are explained in Islamic legal and scholarly sources.

11. On March 26, 2025, the Texas Funeral Services Commission Executive Director issued a letter entitled Cease & Desist addressed to the East Plano Islamic Center.  It stated that, "[e]ffective immediately, you are ordered to cease and desist funeral service operations." Since then, EPIC has not provided funeral rites at the mosque, resulting in more than a dozen congregants passing without receiving funeral rites.

12. On July 5, 2025, a member of our congregation passed away. Because of the March 26, 2025 cease-and-desist order, EPIC could not provide the full range of religious funeral rites at the mosque. This was a devastating loss for the family and our community.

13. On July 6, 2025, I was contacted by the family of an East Plano Islamic Center congregant and asked whether our mosque could perform funeral rites for the congregant. Because of the cease-and-desist order issued by the Texas Funeral Service Commission, I informed my congregant that we could not. The pain caused by this was evident in the congregant's voice and I now carry a painful burden of having been unable to provide for the spiritual well-being of a member of my religious community.

14. There is no way to know when another death will occur. Islamic tradition requires burial as soon as possible—often within 24 hours. Delays in religious rites, or the inability to perform them at all, inflict deep spiritual harm on grieving families and the community of believers.

15. EPIC cannot delay its religious obligations until a final hearing. Without immediate relief, we cannot perform religious burials without risk of civil and criminal action or further enforcement action each time we carry out our faith. Temporary relief is urgently needed to prevent further irreparable harm to EPIC and the religious community EPIC serves.

EXECUTED in Collin County, Texas on the 11th Day of July, 2025.

Signed by:

Mohamad Baajour