**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EAST PLANO ISLAMIC CENTER (EPIC),** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. 1:25-cv-1085 |
| **TEXAS FUNERAL SERVICES** | § | |
| **COMMISSION and TEXAS FUNERAL** | § | |
| **SERVICES COMMISSION EXECUTIVE** | § | |
| **DIRECTOR in their official capacity.** | § | |
| *Defendants* | § | |

## ORDER GRANTING PLAINTIFF EAST PLANO ISLAMIC CENTER'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER

On this day, the Court considered Plaintiff East Plano Islamic Center's ("EPIC") Application for Temporary Restraining Order. The Court finds that Plaintiff has shown a probable right to relief and that, unless a temporary restraining order is issued, Plaintiff will suffer immediate and irreparable injury for which there is no adequate remedy at law.

Accordingly, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that Defendants, including their agents, officers, employees, and all persons in active concert or participation with them who receive actual notice of this Order, are immediately **RESTRAINED** from:

1.  Enforcing the cease-and-desist order or directive issued to EPIC on March 26, 2025;

2.  Taking any further actions that interfere with or restrict EPIC's religious activities involved in, and attendant to, the performance of religious funeral services, including but not limited to:

    a.  Operating a hotline or otherwise receiving and providing information to or from members within the religious community related to a deceased person;

1

b.  Assisting persons affiliated with the deceased in identifying and/or contacting a licensed funeral establishment or funeral director;

c.  Assisting persons affiliated with the deceased in arranging for the transportation of the deceased's body to and from the EPIC mosque;

d.  Assisting persons affiliated with the deceased in washing and shrouding the body;

e.  Notifying members of the community of the funeral prayer (Janaza) to be performed for the deceased;

f.  Performing the Janaza prayer at EPIC's mosque or another religious venue; and

g.  Assisting persons affiliated with the deceased in collecting the death certificate, provided that EPIC itself does not prepare, file, or issue the certificate.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall remain in effect for 14 days from the date of signing, unless extended by agreement of the parties or by further order of the Court, and that a hearing on Plaintiff's request for a temporary injunction is set for the ___ day of _____, 2025, at *:* ___.m.

**IT IS FURTHER ORDERED** that this Order shall become effective upon Plaintiff's posting of a bond in the amount of $_____, as required by Rule 65 of the Texas Rules of Civil Procedure.

**SIGNED** this ___ day of _____, 2025, at *:* ___.m.

_____
PRESIDING JUDGE

2