**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| EAST PLANO ISLAMIC CENTER (EPIC) | § | |
| | § | |
| v. | § | Civil No. 1:25-cv-01085-DAE |
| | § | |
| TEXAS FUNERAL SERVICES COMMISSION | § | |
| and TEXAS FUNERAL SERVICES | § | |
| COMMISSION EXECUTIVE DIRECTOR | | |

## O R D E R

The above captioned cause, having been removed to this Court on July 11, 2025 from the 250th Judicial District of Travis County, Texas, D-1-GN-25-004691 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings.  The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 14th day of July 2025.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE