IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin                                   DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Cause No. D-1-GN-25-004691; East Plano Islamic Center (EPIC) v. Texas Funeral Services Commission, Texas Funeral Services Commission Executive Director in their official capacity; in the 205th Judicial District for Travis County, Texas

2.      Was jury demand made in State Court?        ☒ Yes        ☐ No

If yes, by which party and on what date?

EPIC, Plaintiff                                    7/2/2025
Party Name                                         Date

**STATE COURT INFORMATION**:

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff - East Plano Islamic Center (EPIC); Eric A Hudson & Benjamin L. Dower, Terrazas PLLC, 1001 S. Capital of Texas Hwy, Bldg L, Ste 250; Austin, Texas 78746; T:512-680-3257; F: N/A
Defendants - Texas Funeral Services Commission, Texas Funeral Services Commission Executive Director in their official capacity; Anthony Dolcefino, Texas Office of the Attorney General, P.O. Box 12548, Capitol Station; Austin, Texas 78711-2548; T: 737-218-3672; F: 512-320-0667

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None

TXWD - Supplement to JS 44 (Rev. 9/2019)                                    Page 1

3.      List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

 None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.      List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**VERIFICATION**:

 Anthony Dolcefino                                    7/14/2025

Attorney for Removing Party                     Date

 Defendants TFSC, TFSC Exec. Director

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**: