# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EAST PLANO ISLAMIC CENTER

V.

TFSC, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number:   1:25-CV-1085-DAE

| PRESIDING JUDGE<br>SR. U.S. DIST. JUDGE DAVID EZRA | PLAINTIFF'S ATTORNEY<br>ERIC HUDSON | DEFENDANT'S ATTORNEY<br>A. DOLCEFINO/T. BEVILACQUA |
|---|---|---|
| TRIAL DATE (S)<br>JULY 17, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | EPIC FUNERAL HOME EXPIRED LICENSE |
|  | 2 |  |  |  | MOHAMMED HUSSAIN ACTIVE TFSC INDIVIDUAL LICENSE |
|  | 3 |  |  |  | SCREENSHOT FROM EPIC WEBSITE ADVERTISING FUNERAL SERVICES |
|  | 4 |  |  |  | EMAILS TO NORMA RODRIGUEZ FROM QADEER QAZI |
|  | 5 |  |  |  | NOVEMBER 8,2024 LETTER FROM TFSC TO EPIC REGARDING COMPLAINT |
|  | 6 |  |  |  | RESPONSE LETTER FROM EPIC TO TFSC (RECEIVED DEC. 2, 2024) |
|  | 7 |  |  |  | MARCH 26, 2025 LETTER FROM TFSC TO EPIC |
|  | 8 |  |  |  | EPIC VIDEO EXPLAINING FUNERAL SERVICES |
|  | 9 |  |  |  | MARCH 27, 2025 INTERVIEW NOTES BY TFSC INVESTIGATOR RUDY VILLAREAL |
|  |  |  |  |  |  |
|  |  |  |  |  | POSSIBLE WITNESS - NORMA RODRIGUEZ, TFSC INVESTIGATOR |
|  |  |  |  |  | POSSIBLE WITNESS - TIM BROWN, TFSC COMMISSIONER |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages