**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EAST PLANO ISLAMIC CENTER (EPIC),** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. 1:25-cv-1085 |
| **TEXAS FUNERAL SERVICES** | § | |
| **COMMISSION and TEXAS FUNERAL** | § | |
| **SERVICES COMMISSION EXECUTIVE** | § | |
| **DIRECTOR in their official capacity.** | § | |
| *Defendants* | § | |

**PLAINTIFF EAST PLANO ISLAMIC CENTER'S ADVISORY AND**
**REQUEST TO REMOVE HEARING FROM THE DOCKET**

Plaintiff East Plano Islamic Center ("EPIC") submits this advisory to inform the Court that the Texas Funeral Service Commission ("TFSC") has issued a letter dated July 16, 2025, purporting to clarify the scope of its March 26, 2025 order.  Ex. 1.  According to that letter, EPIC will not be deemed in violation of the March 26, 2025 cease-and-desist order if it engages in certain religious practices central to Islamic burial rites.  These include performing the Janaza prayer; notifying members of the community of funeral prayers; assisting families in identifying and contacting a licensed funeral establishment or funeral director; sharing information within the religious community regarding funeral rites; helping affiliated persons collect the death certificate, so long as EPIC itself does not prepare or file it; and assisting in the washing and shrouding of the deceased, provided such acts are done without compensation and in accordance with applicable Texas law.

This clarification addresses the narrow question of emergency relief raised in EPIC's application for a temporary restraining order.  Considering the Commission's current position,

1

EPIC respectfully submits that an immediate hearing is no longer necessary and requests that the Court remove the TRO hearing set for July 17, 2025, from the docket.

This development does not dispose of the underlying controversy. The March 26 cease-and-desist letter remains operative, and with it, the continuing threat of civil penalties and criminal prosecution by the State for conduct that lies at the heart of EPIC's religious exercise.

**Dated:** July 16, 2025

Respectfully submitted,

**TERRAZAS PLLC**

1001 S. Capital of Texas Highway, Bldg. L, Suite 250
Austin, Texas 78746
512.680.3257

By:  /s/ *Eric A. Hudson*
Eric A. Hudson
State Bar No. 24059977
ehudson@terrazaspllc.com
Benjamin L. Dower
State Bar No. 24082931
bdower@terrazaspllc.com

**ATTORNEYS FOR EAST PLANO ISLAMIC CENTER**

## CERTIFICATE OF SERVICE

I affirm that I have filed this application through the Western District of Texas's ECF system, serving a copy on all counsel of record in the process.

/s/Eric A. Hudson
Eric A. Hudson

2