UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EAST PLANO ISLAMIC CENTER    §    No. 1:25-CV-1085-DAE
(EPIC),    §
    §
    §
    §
    Plaintiff,    §
    §
vs.    §
    §
TEXAS FUNERAL SERVICES    §
COMMISSION and TEXAS    §
FUNERAL SERVICES COMMISSION§
EXECUTIVE DIRECTOR in their    §
official capacity,    §
    §
    Defendants.    §

ORDER FOR STATUS UPDATE

Before the Court is the status of this case.  On July 11, 2025, Plaintiff

East Plano Islamic Center ("EPIC" or "Plaintiff") filed a Motion for Temporary

Restraining Order.  (Dkt. # 4.)  In the motion, Plaintiff requested that the Court

issue a temporary restraining order ("TRO") and set a hearing for a preliminary

injunction to enjoin Defendants Texas Funeral Services Commission and Texas

Funeral Services Commission Executive Director, in their official capacity,

(collectively, the "TFSC"), from enforcing its March 26, 2025 Cease and Desist

Letter, which purports to violate Plaintiff's constitutional rights.  (Id. at 2.)

1

On July 15, 2025, TFSC filed its response in opposition to the motion. (Dkt. # 9.)  The Court set an emergency hearing on this matter for July 17, 2025. (Dkt. # 8.)  However, on July 16, 2025, EPIC filed an Advisory and Request to Remove the Hearing.  (Dkt. # 12.)  In the Advisory, EPIC informed the Court that TFSC issued a letter dated July 16, 2025, purporting to clarify the scope of its March 26, 2025 order.  (Id. at 1.)  EPIC explained that the clarification addresses the narrow question of emergency relief raised in EPIC's application for a temporary restraining order.  (Id.)

According to EPIC, while the development does not dispose of the underlying controversy, an immediate hearing on the TRO was no longer necessary.  (Id. at 2.)  Therefore, the Court issued an Order cancelling the emergency hearing.  (Dkt. # 14.)  However, in the Advisory, EPIC did not indicate whether it is no longer seeking its July 11, 2025 Application for TRO.

Therefore, the Court **ORDERS** EPIC to file a status update with the Court no later than **Friday, July 25, 2025 (close of business day)** to advise the Court whether it will be withdrawing its Motion for TRO and/or how it intends to proceed with this matter.

2

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, July 23, 2025.

_____
David Alan Ezra
Senior United States District Judge