IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EAST PLANO ISLAMIC CENTER (EPIC), §<br>   *Plaintiff* §<br>§<br>v. §<br>§<br>TEXAS FUNERAL SERVICES §<br>COMMISSION and TEXAS FUNERAL §<br>SERVICES COMMISSION EXECUTIVE §<br>DIRECTOR in their official capacity. §<br>   *Defendants* § | Civil Action No. 1:25-cv-1085 |

**PLAINTIFF EAST PLANO ISLAMIC CENTER'S STATUS UPDATE**

In compliance with the Court's July 23, 2025, Order (Dkt. 16), Plaintiff East Plano Islamic Center ("EPIC") files this status update.

Considering the July 16, 2025 letter issued by the Texas Funeral Service Commission ("TFSC"), which purports to clarify the scope of its March 26, 2025 cease-and-desist order, EPIC withdraws its Motion for Temporary Restraining Order (Dkt. 4), without prejudice to refiling if TFSC resumes or initiates conduct necessitating renewed emergency relief.

The parties have scheduled their Rule 26(f) conference for July 29, 2025. EPIC will be in a better position to advise the Court on how the parties intend to proceed after that conference.

**Dated:** July 25, 2025

                        Respectfully submitted,

                        **TERRAZAS PLLC**

                        1001 S. Capital of Texas Highway, Bldg. L, Suite 250
                        Austin, Texas 78746
                        512.680.3257

                        By: */s/ Eric A. Hudson*
                        Eric A. Hudson

        State Bar No. 24059977
        ehudson@terrazaspllc.com
        Benjamin L. Dower
        State Bar No. 24082931
        bdower@terrazaspllc.com

**ATTORNEYS FOR EAST PLANO ISLAMIC CENTER**

**<u>CERTIFICATE OF SERVICE</u>**

    I affirm that I have filed this application through the Western District of Texas's ECF system, serving a copy on all counsel of record in the process.

        <u>*/s/Eric A. Hudson*</u>
        Eric A. Hudson