IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EAST PLANO ISLAMIC CENTER (EPIC),  *Plaintiff* § § § | |
| v. § § § | Civil Action No. 1:25-cv-1085-DAE |
| TEXAS FUNERAL SERVICES COMMISSION and TEXAS FUNERAL SERVICES COMMISSION EXECUTIVE DIRECTOR in their official capacity, *Defendants.* § § § § § | |

## JOINT SCHEDULING RECOMENDATIONS

TO THE HONORABLE JUDGE DAVID ALAN EZRA:

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. The parties must mediate this case on or before **March 6, 2026** and file a report in accordance with Rule 88 after the mediation is complete.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **October 9, 2025** and each opposing party shall respond, in writing, by **October 24, 2025**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **November 10, 2025**.

4. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **December 5,**

**2025**. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **January 19, 2026**. All designations of rebuttal experts shall be designated within 14 days of receipt of the report of the opposing expert.

5. A objection to the reliability of an expert's proposed testimony under Federal Rules of Evidence 702 shall be make by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **30** days of receipt of the written report of the expert's propsed testimony, or within **15** days of the expert's deposition, if a deposition is taken , whichever is later.

6. The parties shall complete discovery on or before **March 6, 2026**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions dall be filed no later than **April 6, 2026**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) paegs in length in accordance with Local Rule CV-7(e). **If the parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

8. If required, a hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

10. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on July 29, 2025, and the parties have agreed as to its contents.

Dated: August 12, 2025

| | |
|---|---|
| */s/ Eric A. Hudson (with permission)*<br>**ERIC A. HUDSON**<br>State Bar No. 24059977<br>Terrazas PLLC<br>1001 S. Capital of Texas Highway,<br>Bldg. L, Suite 250<br>Austin, Texas 78746<br>Telephone: (512) 680-3257<br>ehudson@terrazaspllc.com | */s/Anthony Dolcefino*<br>**ANTHONY DOLCEFINO**<br>Attorney-in-charge<br>Texas Bar No. 24134406<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 \| FAX: (512) 320-0667<br>anthony.dolcefino@oag.texas.gov |
| */s/ Benjamin Dower (with permission)*<br>**BENJAMIN L. DOWER**<br>State Bar No. 24082931<br>Terrazas PLLC<br>1001 S. Capital of Texas Highway,<br>Bldg. L, Suite 250<br>Austin, Texas 78746<br>Telephone: (512) 680-3257<br>bdower@terrazaspllc.com | /s/ *Thomas Bevilacqua*<br>**THOMAS BEVILACQUA**<br>Texas Bar No. 00793342<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(737) 224-2489 \| FAX: (512) 320-0667<br>thomas.bevilacqua@oag.texas.gov |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |