IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EAST PLANO ISLAMIC CENTER (EPIC),** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. 1:25-cv-1085 |
| **TEXAS FUNERAL SERVICES** | § | |
| **COMMISSION, TEXAS FUNERAL** | § | |
| **SERVICES COMMISSION EXECUTIVE** | § | |
| **DIRECTOR in their official capacity, and** | § | |
| **KRISTIN TIPS in her individual capacity.** | § | |
| *Defendants* | § | |

## PLAINTIFF EAST PLANO ISLAMIC CENTER'S NOTICE REGARDING COMPLAINT EXHIBITS

Plaintiff East Plano Islamic Center ("EPIC") files this Notice pursuant to Federal Rule of Civil Procedure 10(c) and the Administrative Policies and Procedures for Electronic Filing, § 9(d), to ensure that the record reflects all exhibits incorporated by reference into the operative pleading.

Plaintiff's First Amended Complaint and Request for Permanent Injunction (ECF No. 20-1) references five exhibits that were not included with the Unopposed Motion for Leave to File (ECF No. 20). EPIC now files those five exhibits herein so they form part of the record under Rule 10(c) and are included with the materials to be served on Defendant Kristin Tips, in her individual capacity, consistent with Rule 4(c) of the Federal Rules of Civil Procedure.

**Dated:** October 7, 2025

Respectfully submitted,

**TERRAZAS PLLC**

1001 S. Capital of Texas Highway, Bldg. L, Suite 250
Austin, Texas 78746
512.680.3257

1

By: /s/ *Eric A. Hudson*
Eric A. Hudson
State Bar No. 24059977
ehudson@terrazaspllc.com
Benjamin L. Dower
State Bar No. 24082931
bdower@terrazaspllc.com

**ATTORNEYS FOR EAST PLANO ISLAMIC CENTER**

## CERTIFICATE OF SERVICE

I affirm that I have filed this application through the Western District of Texas's ECF system, serving a copy on all counsel of record in the process.

/s/Eric A. Hudson
Eric A. Hudson

2