

## TEXAS FUNERAL SERVICE COMMISSION
8100 CAMERON RD  BLDG B  SUITE 550  AUSTIN  TEXAS 78753 · (512) 834-9992

LARRY A. FARROW
Executive Director

December 9, 1987

Mr. Abdul Wahidi
403 Buttercup Creek Blvd., Unit M-1
Cedar Park, TX  78613

Dear Mr. Wahidi:

Texas law requires that an individual or establishment be licensed only if they are engaged in directing funerals or preparing bodies for compensation.  The law allows a family or friends to prepare and bury a body so long as they do not receive compensation for services, file a death certificate and obtain a burial transit permit.

The Islamic Center of Greater Austin may prepare and bury the members of their mosque without being licensed by this agency so long as they follow the guidelines listed above.  I am enclosing a copy of our current statute as well as a copy of the 1986-87 version.  Please pay particular attention to the information highlighted on pages 47-67 of the second booklet.

Prior to actually preparing bodies at your mosque I would strongly suggest that you contact the city regarding any zoning restriction that might be applicable.

Please call me if you have any questions.

Very truly yours,

Larry A. Farrow
Executive Director

LAF/kab

cc:  Austin Mosque

C Ray Burchette
Secretary

William T Stephenson
Chairman

James P Hunter III
Vice Chairman

John W Amey    James B Broussard    George A Parker    Donald Taft    Henry E Thomas Sr    Margaret Ward

**Exhibit 2**