December 17, 2014

Dear Ms. Kahn,

I am writing to confirm our conversation today in which staff of the Commission informed you that your organization may receive the bodies of deceased members of the organization and perform their burial services without the need of a licensed Funeral Establishment or Funeral Director.

As we mentioned in our phone conversation, there is no requirement in the State of Texas that a hospital or health care facility must release a deceased person to a Funeral Director. The Commission has consistently maintained the position that family members and religious organizations may pick up and transport the bodies of members in keeping with their religious beliefs. Religious organizations may receive the bodies and transport the deceased to perform their burial services without the need of contracting a Funeral Establishment or Funeral Director.

If you should have any problems in the future, please inform the establishment that there is no law in Texas requiring that a licensed Funeral Director must pick up a deceased person. There are many "Mortuary Service" or transport companies that are not required to be licensed that pick up deceased persons from hospitals on a regular basis. You should not be required to contract with and pay a Funeral Establishment and Funeral Director to pick up and transport the deceased person to perform the funeral services and burial in keeping with your religious beliefs.

Staff of the Commission has discussed these issues with members of the Islamic Society of Houston. I would suggest that you contact them to see how they have been able to work with hospitals and health care providers in the Houston area.

Please note the definitions in Texas Occupations Code Section 651.001 and the requirements in the statue and rules to ensure that you are not violating the law. Receiving compensation of any kind would be a clear violation of the law because your organization is not licensed as a Funeral Establishment pursuant to Texas Occupations Code Section 651.251 and 651.351.

If any hospital or health care facility wants to contact the staff of the Commission they may call us for clarification of the Commission's position.

Sincerely,


Kyle E. Smith
Staff Attorney
Funeral Service Commission                                              Texas


**Exhibit 3**