**Toll Free: (888) 667-4881**
**Tel: (512) 936-2474**
**www.tfsc.texas.gov**



**Physical Address:**
**1801 Congress Ave**
**Suite 11-800**
**Austin, Texas 78701**

## Texas Funeral Service Commission

March 26, 2025

East Plano Islamic Center
4700 14th St.,
Plano, TX 75074

Via Email: funeral.services@epicmasjid.org        Via CM: 9214 8901 9403 8307 0634 96

---

**Re:    Cease & Desist**

---

Dear East Plano Islamic Center,

The Texas Funeral Service Commission has determined that you are operating as a funeral home without an establishment license in violation of TEX. OCC. CODE § 651.351.

Effective immediately, you are ordered to cease and desist funeral service operations.

Based in part on this determination, the Texas Funeral Service Commission is also making a criminal referral to the Collin County District Attorney. *See, e.g.*, *id.* § 651.602. Please email my attorney at legal@tfsc.texas.gov with any questions.

Sincerely,

Scott Bingaman
Executive Director
Texas Funeral Service Commission

**Exhibit 4**