**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **EAST PLANO ISLAMIC CENTER (EPIC),** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. 1:25-cv-1085 |
| **TEXAS FUNERAL SERVICES** | § | |
| **COMMISSION, TEXAS FUNERAL** | § | |
| **SERVICES COMMISSION EXECUTIVE** | § | |
| **DIRECTOR in their official capacity.** | § | |
| *Defendants* | § | |

### ORDER GRANTING OPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT AND REQUEST FOR PERMANENT INJUNCTION

On this day, the Court considered Plaintiff's Opposed Motion for Leave to File First Amended Complaint (the "Motion"). Having reviewed the Motion, any and all subsequent briefing, the evidence, and the law, the Court finds that good cause exists and the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Opposed Motion for Leave to File Second Amended Complaint is GRANTED. Plaintiff is instructed to file the Second Amended Complaint within three business days of this order.

SO ORDERED.

**DATED:** Austin, Texas, _____, 2025.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE

1