| | |
|---|---|
| **From:** | Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov> |
| **Sent:** | Friday, October 24, 2025 3:12 PM |
| **To:** | Eric Hudson; Benjamin Dower |
| **Cc:** | Scott Smith; Sarah Orr |
| **Subject:** | RE: Scheduling Recommendations; EPIC v. TFSC |

Eric,

Thank you for your flexibility regarding the deadline for responses/objections to the discovery served on October 10. Defendants TFSC and the TFSC Executive Director appreciate your client's agreeing to extend the deadline to December 1. We are actively working on our clients' responses and expect to begin rolling productions of documents well before the amended deadline.

The precise date of December 1, however, may prove to be slightly problematic, as that is the Monday after the long Thanksgiving holiday. (I will be traveling to see my immediate family living abroad and will be returning to Texas only late Sunday afternoon, Nov. 30.)  However, I would propose to leave the deadline as you propose, and should Defendants find themselves in a position where they need to request a few extra days, I will let you know promptly.

We will serve the initial disclosures by October 31.

Thank you.


*Thomas Bevilacqua*
Assistant Attorney General
General Litigation Division
Tel. (737) 224-2489
thomas.bevilacqua@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.**

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Thursday, October 23, 2025 3:10 PM
**To:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** Re: Scheduling Recommendations; EPIC v. TFSC

Thomas, et al—

Thanks for the follow-up to our call. I appreciate everyone's professionalism and coordination.

EPIC is agreeable to a short extension. Let's set Defendants' deadline to serve written discovery responses and any objections for Monday, December 1, 2025. We're also good with Defendants serving their initial disclosures on Friday, October 31, 2025, as proposed.

EPIC's First Amended Disclosures are attached. They reflect additional information relevant to the Amended Complaint.

Thanks again for the cooperation.

**Eric Hudson**
**Partner**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
ehudson@terrazaspllc.com
512-294-9891





CONFIDENTIALITY NOTICE
This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>
**Sent:** Wednesday, October 22, 2025 2:31 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Benjamin Dower <bdower@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** RE: Scheduling Recommendations; EPIC v. TFSC

Eric, Ben,

Thank you for taking the time to speak with Scott and me yesterday concerning both the few preliminary concerns Defendants TFSC and the TFSC Executive Director identified about several of the requests for production and interrogatories and, more generally, the timing of discovery.

By my calculation, Defendants TFSC and the TFSC Executive Director's responses to Plaintiff's discovery requests, which were sent over on October 10, would normally be due under the Rules on Monday November 10, 2025. For the various reasons we discussed, my clients (and counsel) are going to need some additional time to gather the relevant information and prepare responses, and we thank you for the professional courtesy of agreeing to an

extension in principle. (It goes without saying that we stand prepared to extend the same courtesies to Plaintiff upon request.) As requested, here are the adjusted dates my clients would propose:

- Defendants' initial disclosures: Friday, Oct. 31, 2025
- Defendants' responses (and any objections) to requests for production, requests for admission, and interrogatories: Wednesday, Dec. 10, 2025. We would aim to produce on a rolling basis, so this would be the target date for the completion of responses.
- With a representative deposition to take place thereafter, possibly before the end-of-year holiday break.

Finally, we've double checked our files here and, perhaps due to the changeover of lawyers on this matter, we unfortunately don't seem to be able to put a finger on EPIC's initial disclosures. Would you mind sending those over again?

Thanks,

*Thomas Bevilacqua*
Assistant Attorney General
General Litigation Division
Tel. (737) 224-2489
thomas.bevilacqua@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.**