| | |
|---|---|
| **From:** | Briana Webb <Briana.Webb@oag.texas.gov> |
| **Sent:** | Friday, November 14, 2025 7:53 PM |
| **To:** | Thomas Bevilacqua; Eric Hudson; Benjamin Dower; Scott Smith |
| **Cc:** | Sarah Orr; Michael Calb; Deborah Woltersdorf |
| **Subject:** | Re: Scheduling Recommendations; EPIC v. TFSC |

We unopposed to the expert extensions. I was under the impression from our last conference that Plaintiff was going to circulate an amended scheduling order, was that just for the expert deadlines?

Also, please Cc Michael and Deborah on all correspondence.

Thanks!


**Briana M. Webb**
Division Chief
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-4151


CONFIDENTIALITY NOTE:  This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney-client or other legal privileges, and/or proprietary non-public information. If you are not an intended recipient of this message please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments (if any) by unintended recipients is not authorized and may be unlawful.


**From:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>
**Sent:** Friday, November 14, 2025 4:51 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Benjamin Dower <bdower@terrazaspllc.com>; Scott Smith <Scott.Smith@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** RE: Scheduling Recommendations; EPIC v. TFSC

Eric,

I can confirm that my clients have no objection to extending the deadline for Plaintiff's expert designations/materials to January 2, 2026. With the agreed thirty-day extension, the deadline for TFSC and the TFSC Executive Director's expert designations/materials would now fall on February 18, 2026.

Also, one minor correction regarding the deponent information I provided yesterday. Ms. Rodriguez-Dietz's current position is Manager of Compliance (she formerly served as an Investigator).

Thanks,

*Thomas Bevilacqua*
Assistant Attorney General
General Litigation Division
Tel. (737) 224-2489
thomas.bevilacqua@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.**

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Thursday, November 13, 2025 3:48 PM
**To:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Scott Smith <Scott.Smith@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** Re: Scheduling Recommendations; EPIC v. TFSC

Thanks for the follow-up, Thomas.

Let's plan for 12/17.  I'll plan to issue the deposition notice tomorrow afternoon unless I hear any objections from counsel for any of the parties.

As for the discovery to Tips, we have already served it.  If you weren't included in the original email, that was inadvertent.  A copy of those requests is attached.

**Eric Hudson**
**Partner**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
ehudson@terrazaspllc.com
512-294-9891





CONFIDENTIALITY NOTICE
This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any

action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>
**Sent:** Thursday, November 13, 2025 3:32 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Benjamin Dower <bdower@terrazaspllc.com>; Scott Smith <Scott.Smith@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** RE: Scheduling Recommendations; EPIC v. TFSC

Eric –

Without prejudice to any subsequent conferral or motion under FRCP 26(c), Defendants TFSC and TFSC Executive Director indicate that they are prepared to present Ms. Norma Rodriguez-Dietz, TFSC Investigator, as a deponent under Rule 30(b)(6) to address the subjects communicated under cover of your October 10, 2025 email. Ms. Rodriguez-Dietz is available for said deposition on Wednesday December 17 or Thursday December 18.

I should also let you know that my clients will be addressing discovery requests to Plaintiff within the coming days.

If Plaintiff has served discovery requests on Defendant Tips, could I ask that you send Scott and me a copy of those discovery requests, as foreseen in FRCP5(a), as soon as possible.

I have not yet been able to speak with my client regarding the parties' respective deadlines for expert designations and materials, but I should be able to do so very shortly.

If counsel believe, given the above outstanding matters and any other calendaring issues that may have arisen from the naming of Chair Tips as a Defendant, that a broader discussion of the deadlines in the scheduling order would be helpful, I am available to participate in such a discussion.

Thank you.


*Thomas Bevilacqua*
Assistant Attorney General
General Litigation Division
Tel. (737) 224-2489
thomas.bevilacqua@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.**


---

**From:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>
**Sent:** Wednesday, November 12, 2025 1:57 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Benjamin Dower <bdower@terrazaspllc.com>; Scott Smith <Scott.Smith@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** Re: Scheduling Recommendations; EPIC v. TFSC

Eric,

Thanks for your email below. Like other state agencies, the OAG was closed yesterday for Veterans Day.. I am conferring on my end and will aim to get back to you tomorrow.

Thanks,

Thomas Bevilacqua

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Tuesday, November 11, 2025 4:34 PM
**To:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Scott Smith <Scott.Smith@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** Re: Scheduling Recommendations; EPIC v. TFSC

Thomas—

I'm following up on scheduling the corporate representative deposition from TFSC.  My dance card is filling up in December, and I'd like to get an agreed date on the books so I can issue the deposition notice.  Additionally, we'd like your agreement to our current expert designation deadline to January 2, 2025.

Please advise whether you're opposed to a consent order moving that expert deadline date.  We'll also agree to move yours 30 days.  I've also copied counsel for Kristen Tips on this email.  I ask that they also weigh in.

Thanks.

**Eric Hudson**
**Partner**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
ehudson@terrazaspllc.com
512-294-9891



