| | |
|---|---|
| **From:** | Michael Calb <Michael.Calb@oag.texas.gov> |
| **Sent:** | Thursday, November 20, 2025 2:23 PM |
| **To:** | Eric Hudson; Nolan Oldham; Benjamin Dower; Briana Webb; Deborah Woltersdorf; Clerk Litigation |
| **Cc:** | Thomas Bevilacqua; Scott Smith; Sarah Orr; Adrian Skinner |
| **Subject:** | RE: EPIC v. TFSC \| Production of Documents |

Counsel:

As you may have already seen, Ms. Tips just filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) asserting, *inter alia*, the defense of qualified immunity.  Under binding 5th Circuit precedent, no discovery can proceed until that motion is resolved.  *See Carswell v. Camp*, 54 F.4th 307, 311-12 (5th Cir. 2022).  Please let me know as soon as possible whether you oppose a motion for a stay of all discovery as mandated by *Carswell*.

Best,

Michael

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Tuesday, November 18, 2025 4:44 PM
**To:** Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC \| Production of Documents

Thanks

/s/Eric Hudson

**From:** Nolan Oldham <Nolan.Oldham@oag.texas.gov>
**Sent:** Tuesday, November 18, 2025 4:36:14 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Benjamin Dower <bdower@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC \| Production of Documents

The email address has been added to the shared Box directory and should have access to the production now.

**Nolan Oldham, J.D.**
eDiscovery Project Manager

General Litigation Division
Office of the Texas Attorney General
nolan.oldham@oag.texas.gov

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Tuesday, November 18, 2025 4:27 PM
**To:** Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Thanks.

Please send a link to clerk@terrazaspllc.com.

/s/Eric Hudson

---

**From:** Nolan Oldham <Nolan.Oldham@oag.texas.gov>
**Sent:** Tuesday, November 18, 2025 4:15:44 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Benjamin Dower <bdower@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** EPIC v. TFSC | Production of Documents

Counsel,

Please note that the Texas Attorney General uses Box to facilitate the transmittal of productions. A production is available for download from our Box system related to the EPIC v. TFSC matter.

The production volume details are as follows:

| Name | BegBates | EndBates | Doc Count | Images/Pages | Natives |
|---|---|---|---|---|---|
| GLD TFSC PROD_20251118 | GLD TFSC_000001 | GLD TFSC_002482 | 1,054 | 2,482 | 3 |

Access instructions for the Texas Box system can be found at the end of this message. Please note that a separate invitation to collaborate on Box was sent to recipients of this message. Individuals will need to accept the invitation from that message to collaborate and download from the Texas Box system. *Only individuals who receive an invitation are granted access to download.*

Once a Box account is setup, the following direct link can be used to access the productions.

**Direct Link to the production on the Texas Box System:**

2

If you encounter any difficulty downloading our production from Box or need to designate another individual to perform the download, please do not hesitate to contact me.

Thank you,
Nolan

**Nolan Oldham, J.D.**
eDiscovery Project Manager
General Litigation Division
Office of the Texas Attorney General
nolan.oldham@oag.texas.gov

**<u>If accessing Box for the first time:</u>**

1. Accept the Invitation to Collaborate (note that organization email filters sometimes block these or auto-file under 'Junk' / 'Spam')



2. At the next screen, choose "Not a part of Texas Office of the Attorney General"



3. If you already have a Box account, enter your email address and click next. If you do not have a Box account, click the "Reset Password" link and continue to Step 4.

3



4. Enter your email address and click the "Reset Password" button.  The Box system will send an email with further instructions to create your account.  The account is free.  Please follow the Box instructions to setup your account.

