**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **EAST PLANO ISLAMIC CENTER (EPIC),** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. 1:25-cv-1085 |
| **TEXAS FUNERAL SERVICES** | § | |
| **COMMISSION, TEXAS FUNERAL** | § | |
| **SERVICES COMMISSION EXECUTIVE** | § | |
| **DIRECTOR in their official capacity, and** | § | |
| **KRISTIN TIPS in her individual capacity.** | § | |
| *Defendants* | § | |

**<u>DECLARATION OF ERIC A. HUDSON</u>**

This declaration is made under penalty of perjury pursuant to 28 U.S.C. § 1746. I affirm, swear, and state as follows:

1. My name is Eric A. Hudson. I am counsel for Plaintiff East Plano Islamic Center ("EPIC") in this matter. I have personal knowledge of the facts stated in this declaration and am competent to testify to them.

2. Exhibit 1 is a true and correct copy of the Requests for Production, Interrogatories, and Requests for Admission served on Assistant Attorney General Thomas Bevilacqua, counsel for Defendants Texas Funeral Commission and the Texas Funeral Commission Executive Director in their official capacities, on October 10, 2025, via email (thomas.bevilacqua@oag.texas.gov). I am familiar with Exhibit 1 and its date of service because I was a recipient of the October 10, 2025 service email (ehudson@terrazaspllc.com).

3. Exhibit 2 is a true and correct copy of emails exchanged between October 22 and October 24, 2025. I am familiar with these emails because I was a recipient (ehudson@terrazaspllc.com).

4. Exhibit 3 is a true and correct copy of an email sent on November 18, 2025. I am familiar with this email because I was a recipient (ehudson@terrazaspllc.com). Exhibit 3 contains a single redaction removing a hyperlink to a document production not intended for public dissemination.

5. Exhibit 4 is a true and correct copy of emails exchanged between November 11 and November 14, 2025. I am familiar with these emails because I was a recipient (ehudson@terrazaspllc.com).

6. Exhibit 5 is a true and correct copy of emails exchanged between November 18 and November 20, 2025. I am familiar with these emails because I was a recipient (ehudson@terrazaspllc.com). Exhibit 5 contains a single redaction removing a hyperlink to a document production not intended for public dissemination.

7. Exhibit 6 is a true and correct copy of emails exchanged between November 25 and November 26, 2025. I am familiar with these emails because I was a recipient (ehudson@terrazaspllc.com).

I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not.

EXECUTED in Travis County, Texas, on the 2d day of December 2025.

/s/*Eric A. Hudson*
Eric A. Hudson