**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **EAST PLANO ISLAMIC CENTER (EPIC),** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:25-CV-1085** |
| | § | |
| **TEXAS FUNERAL SERVICES** | § | |
| **COMMISSION, TEXAS FUNERAL** | § | |
| **SERVICES COMMISSION EXECUTIVE** | § | |
| **DIRECTOR, in their official capacity, and** | § | |
| **KRISTIN TIPS, in her individual capacity,** | § | |
| *Defendants.* | § | |

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION
TO STAY ALL DISCOVERY PENDING RESOLUTION OF MS. TIPS' MOTION TO
DISMISS ASSERTING QUALIFIED IMMUNITY**

Before the Court is Defendants' Motion to Stay All Discovery Pending Resolution of Defendant Tips's Motion to Dismiss Asserting Qualified Immunity (the "Motion"), Plaintiff's Response, any reply or sur-reply, the applicable law, and the record. Having considered the Motion, the Response, the arguments of counsel, and the absence of competent evidence showing that completion of discovery directed to the Agency Defendants would impose any burden of suit on Defendant Tips, the Court concludes the Motion should be GRANTED IN PART and DENIED IN PART.

It is therefore ORDERED that:

1. Discovery Directed to Defendant Tips. All discovery directed to Defendant Kristin Tips—including written discovery, initial disclosures, and depositions—is hereby STAYED pending resolution of her Motion to Dismiss asserting qualified immunity (Doc. 29).

1

2. Discovery Directed to the Agency Defendants. The Motion is DENIED to the extent it seeks to stay the Texas Funeral Service Commission and its Executive Director (in their official capacities) from completing the written discovery served on them by Plaintiff on October 10, 2025. The Agency Defendants shall serve their responses (without objections or withholding) to Plaintiff's Requests for Production, Interrogatories, and Requests for Admission without further delay. This obligation is unaffected by Defendant Tips's assertion of qualified immunity.

3. Except as otherwise provided herein, all remaining discovery and case deadlines in the Court's Scheduling Order (Doc. 19) are STAYED pending resolution of Defendant Tips's Motion to Dismiss.

4. Upon disposition of Defendant Tips's Motion to Dismiss, the Court will enter an amended scheduling order or direct the parties to submit a proposed one.

SO ORDERED.

   **DATED:** Austin, Texas, _____, 2025.


_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE