**Outlook**

---

## RE: EPIC v. TFSC | Production of Documents

---

**From** Scott Smith <Scott.Smith@oag.texas.gov>

**Date** Wed 12/3/2025 3:36 PM

**To** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Eric Hudson <ehudson@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>

**Cc** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>

Eric,

I believe Thomas made it clear that all Defendants were requesting a one-week extension regarding a response to Plaintiff's Motion for Leave. However, in order to clarify the status with the Court, the TFSC Defendants will file a Certificate of Conference with the Court that is linked to Defendants' Joint Motion indicating that Plaintiff is opposed.

Best Regards,



**Scott D. Smith**
*Assistant Attorney General*
*General Litigation Division*
_____

Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711-2548
**Phone:** 512-917-3132
**Facsimile:** 512-477-2348
**Email:** scott.smith@oag.texas.gov

PRIVILEGED AND CONFIDENTIAL: This communication is intended solely for the use of the individual or entity to which it is addressed, may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General. If you have received this e-mail in error, immediately delete same and contact the sender.

---

**From:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>
**Sent:** Wednesday, December 3, 2025 1:49 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Eric - I'm in an all-day mediation today. TFSC and TFSC ED are, and have indicated that they are, opposed to Plaintiff's Motion for Leave to Amend. I also believe that Tips' counsel clearly conveyed that all Defendants request a one-week extension to respond to Plaintiff's Motion for Leave. We do not see a good faith reason for Plaintiff's opposition to Defendants' request (especially given that Tips' counsel is in

trial next week). I should add that I myself am tied up with an out-of-town full-day mediation today, a dispositive motion and hearing tomorrow, and other ongoing matters this week following the return from Thanksgiving break. I ought to have communicated that information as well, but there's no need to split hairs here.  Frankly, Plaintiff's nonagreement to a slight extension took me by surprise at a moment when I have extremely limited bandwidth. Should your client continue to be so opposed to a one-week extension for responses to Plaintiff's Motion for Leave that you are planning to file a Motion to Strike, yes, please do list TFSC and TFSC ED as opposed.

Best,


*Thomas Bevilacqua*
Assistant Attorney General
General Litigation Division
Tel. (737) 224-2489
thomas.bevilacqua@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.**

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Wednesday, December 3, 2025 1:26 PM
**To:** Michael Calb <Michael.Calb@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Thanks.  We'll mark you as opposed, Michael.

Thomas—

Does Michael speak for you on this, too?

/s/Eric Hudson

---

**From:** Michael Calb <Michael.Calb@oag.texas.gov>
**Sent:** Wednesday, December 3, 2025 1:14:33 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Scott Smith <Scott.Smith@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Eric,

Defendants agreed to jointly request an extension.  My conference email specifically asked your position on "a one-week extension of the deadline for **Defendants'** response to the motion for leave to amend." It was not limited to Ms. Tips' response, and TFSC counsel was copied.  Nothing in the local rules requires each defendant in a jointly-filed motion to *separately* confer with plaintiff where they are seeking the same relief.  You're free to argue in your opposition that TFSC's deadline shouldn't be extended based on the availability of Ms. Tips' counsel, but that's not grounds to strike.

Michael

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Wednesday, December 3, 2025 12:53 PM
**To:** Michael Calb <Michael.Calb@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Counsel,

We were surprised to see TFSC included on the extension motion because TFSC did not confer with us at any time about seeking additional time. The only discussion on the December 2 email chain with counsel for Ms. Tips concerned her response deadline. No TFSC-related request for an extension was ever raised or discussed.

Because TFSC neither initiated nor participated in a meet-and-confer on this issue, the certificate of conference does not reflect the parties' actual communications. As a result, please be advised that we will be moving to strike the motion as to TFSC for failure to confer, in addition to filing our substantive response to Ms. Tips' request.

I would also note that TFSC has offered no basis at all—either in the motion or in any communication with us—for moving its own deadline. That deficiency reinforces the need to address the issue separately.

**Eric Hudson**
**Partner**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
ehudson@terrazaspllc.com
512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Tuesday, December 2, 2025 8:19 PM
**To:** Michael Calb <Michael.Calb@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Michael—

Thanks for your patience.

Rule 6(b) requires good cause, and it isn't present here. Defendants received the operative pleading last Wednesday afternoon and the motion for leave on Friday—after being advised on Wednesday that the filing was coming. We deliberately waited until Friday to file to give counsel time to review the amended pleading before the response clock began to run. Nothing prevented work from beginning at that point. Waiting until the end of the response period to seek additional time does not show the diligence the rule requires. Courts consistently hold that last-minute requests tied to counsel's competing demands do not establish good cause. *See Hughes-Smith v. Crown Linen Serv.*, 2014 U.S. Dist. LEXIS 25398, at 4, 9–10 (E.D. Va. Feb. 26, 2014) (trial schedule insufficient; counsel must "get the work done by the deadline").

The requested extension would also prejudice EPIC. Delaying your response necessarily delays the Court's consideration of our motion for leave and, in turn, delays any ruling on the qualified-immunity issues your side describes as threshold matters requiring a halt to the case pending resolution. At this stage, further delay slows the case without any concrete showing that additional time is actually needed.

For these reasons, we must respectfully decline the request. That said, we're always happy to confer if that would be helpful, and if you have proposals that meaningfully address the prejudice created by the delay you're seeking, we're open to listening.

**Eric Hudson**
**Partner**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
ehudson@terrazaspllc.com
512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Tuesday, December 2, 2025 5:26 PM
**To:** Michael Calb <Michael.Calb@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Michael—

Thanks for the note, and I hope trial prep is going smoothly. I understand the demands on your time. That said, a one-week extension would extend Defendants' timeline and further delay the Court's ability to reach the qualified-immunity issue your side has treated as time-sensitive. And given how rigid Defendants have been on every scheduling matter to date, the request arrives in a difficult posture.

With that in mind, I'm not inclined toward additional delay. But I do need to speak with my client before responding formally. I'll be in touch as soon as possible.

**Eric Hudson**
**Partner**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
ehudson@terrazaspllc.com
512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Michael Calb <Michael.Calb@oag.texas.gov>
**Sent:** Tuesday, December 2, 2025 5:09 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Scott Smith <Scott.Smith@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Hi Eric,

I'm prepping for a federal trial which starts on Monday in Lubbock. Would you be opposed to a one-week extension of the deadline for Defendants' response to the motion for leave to amend (from /12 to 12/19)? We'd of course extend the same courtesy for your reply deadline so it doesn't fall over Christmas.

Thanks,

Michael

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Friday, November 28, 2025 10:19 AM
**To:** Scott Smith <Scott.Smith@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Copy that. Thanks, Scott.

/s/Eric Hudson

**From:** Scott Smith <Scott.Smith@oag.texas.gov>
**Sent:** Friday, November 28, 2025 10:10:49 AM
**To:** Benjamin Dower <bdower@terrazaspllc.com>; Eric Hudson <ehudson@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Eric and Ben,

I hope y'all had a nice Thanksgiving.

Please list TFSC and TFSC Executive Director as opposed to the amendment.


Best Regards,


**Scott D. Smith**

*Assistant Attorney General*

*General Litigation Division*

_____




Office of the Attorney General of Texas

P.O. Box 12548

Austin, Texas 78711-2548

**Phone:** 512-917-3132

**Facsimile:** 512-477-2348

**Email:** scott.smith@oag.texas.gov

PRIVILEGED AND CONFIDENTIAL: This communication is intended solely for the use of the individual or entity to which it is addressed, may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.  If you have received this e-mail in error, immediately delete same and contact the sender.

**From:** Benjamin Dower <bdower@terrazaspllc.com>
**Sent:** Wednesday, November 26, 2025 2:07:59 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Briana Webb

<[Briana.Webb@oag.texas.gov](mailto:Briana.Webb@oag.texas.gov)>; Scott Smith <[Scott.Smith@oag.texas.gov](mailto:Scott.Smith@oag.texas.gov)>; Thomas Bevilacqua
<[Thomas.Bevilacqua@oag.texas.gov](mailto:Thomas.Bevilacqua@oag.texas.gov)>; Deborah Woltersdorf <[Deborah.Woltersdorf@oag.texas.gov](mailto:Deborah.Woltersdorf@oag.texas.gov)>; Clerk
Litigation <[clerk@terrazaspllc.com](mailto:clerk@terrazaspllc.com)>
**Cc:** Sarah Orr <[Sarah.Orr@oag.texas.gov](mailto:Sarah.Orr@oag.texas.gov)>; Karla Gutierrez <[Karla.Gutierrez@oag.texas.gov](mailto:Karla.Gutierrez@oag.texas.gov)>
**Subject:** RE: EPIC v. TFSC | Production of Documents

All,

Attached please find a draft of Plaintiffs' proposed Second Amended Complaint.  My apologies for being
a few minutes late.  I'm currently working from my brother-in-law's childhood bedroom at my mother-in-
law's house with three young children and one baby running/crawling around, so it's suboptimal
conditions for drafting.

The substantive changes start on page 22 and go to page 30.  As we previously indicated, there are no
new causes of action or parties.  The changes are intended to address the purported pleading
deficiencies raised in the pending motion to dismiss.

**Benjamin L. Dower**
**Partner**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
[bdower@terrazaspllc.com](mailto:bdower@terrazaspllc.com)
(512) 827-7179



CONFIDENTIALITY NOTICE
This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The
information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified
that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly
prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly
notify the sender by reply e-mail, and destroy all copies of the email and attachments.

**From:** Eric Hudson <[ehudson@terrazaspllc.com](mailto:ehudson@terrazaspllc.com)>
**Sent:** Wednesday, November 26, 2025 12:34 PM
**To:** Michael Calb <[Michael.Calb@oag.texas.gov](mailto:Michael.Calb@oag.texas.gov)>; Briana Webb <[Briana.Webb@oag.texas.gov](mailto:Briana.Webb@oag.texas.gov)>; Scott Smith
<[Scott.Smith@oag.texas.gov](mailto:Scott.Smith@oag.texas.gov)>; Thomas Bevilacqua <[Thomas.Bevilacqua@oag.texas.gov](mailto:Thomas.Bevilacqua@oag.texas.gov)>; Benjamin Dower
<[bdower@terrazaspllc.com](mailto:bdower@terrazaspllc.com)>; Deborah Woltersdorf <[Deborah.Woltersdorf@oag.texas.gov](mailto:Deborah.Woltersdorf@oag.texas.gov)>; Clerk Litigation
<[clerk@terrazaspllc.com](mailto:clerk@terrazaspllc.com)>
**Cc:** Sarah Orr <[Sarah.Orr@oag.texas.gov](mailto:Sarah.Orr@oag.texas.gov)>; Karla Gutierrez <[Karla.Gutierrez@oag.texas.gov](mailto:Karla.Gutierrez@oag.texas.gov)>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Michael—

We'll send the draft by 2 today.

We plan to file Friday afternoon.  Please advise on your position by noon on Friday.

**Eric Hudson**
**Partner**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
[ehudson@terrazaspllc.com](mailto:ehudson@terrazaspllc.com)

512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Michael Calb <Michael.Calb@oag.texas.gov>
**Sent:** Wednesday, November 26, 2025 11:15 AM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Thanks Eric. Please provide us with a copy of the proposed amended complaint. We can't know whether we're opposed without seeing it first.

---

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Wednesday, November 26, 2025 11:09 AM
**To:** Briana Webb <Briana.Webb@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Michael Calb <Michael.Calb@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Briana/Michael—

Thanks for the update.

From our perspective, a short, reciprocal abatement under Rule 29 remains permissible because it pauses only the parties' own discovery obligations and does not alter any court-imposed deadlines. We also read Carswell as allowing the parties to continue coordinating discovery unless and until the Court rules otherwise.

We appreciate that you see the issue differently. In the interest of maintaining the cooperative spirit reflected in the Texas Lawyer's Creed—and to streamline matters for everyone, especially the Court—our preference remains to handle this in a way that minimizes burden. Since you're not willing to pursue a joint advisory, we'll proceed accordingly. If your position changes, we're always open to conferring.

Separately, could you let us know your position on the pending motion for leave to amend?

**Eric Hudson**
**Partner**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
ehudson@terrazaspllc.com
512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Briana Webb <Briana.Webb@oag.texas.gov>
**Sent:** Wednesday, November 26, 2025 11:00 AM
**To:** Scott Smith <Scott.Smith@oag.texas.gov>; Eric Hudson <ehudson@terrazaspllc.com>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Michael Calb <Michael.Calb@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Good morning,

Thank you, Scott, for clarifying the stipulation.

Ms. Tips cannot agree to be part of this stipulation as it does not stay all discovery deadlines. Rule 29 does not allow discovery stipulations to interfere with any court-imposed deadlines and as it stands, there are expert deadlines and discovery deadlines between now and March 6 in the court's order. The 12b1/12b6 may very well be pending past those deadlines. We believe a court order is necessary in this situation.

Also, Ms. Tips still objects to any discovery going forward, even the production agreed on by TFSC and Plaintiff, and the potential for ongoing "rolling production," while Ms. Tips' qualified immunity is pending. Thus, Ms. Tips will stand on her motion to stay and the relief requested therein.

**Briana M. Webb**

Division Chief
Law Enforcement Defense Division

P.O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-4151

CONFIDENTIALITY NOTE:  This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney-client or other legal privileges, and/or proprietary non-public information. If you are not an intended recipient of this message please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments (if any) by unintended recipients is not authorized and may be unlawful.

---

**From:** Scott Smith <Scott.Smith@oag.texas.gov>
**Sent:** Tuesday, November 25, 2025 6:04 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Michael Calb <Michael.Calb@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Inbox - Eric Hudson - Outlook

One minor edit to my email below:

The first sentence should read: "...the proposed agreement between Plaintiff and TFSC and TFSC ED is as follows:"

Best Regards,

**Scott D. Smith**

*Assistant Attorney General*

*General Litigation Division*

_____



Office of the Attorney General of Texas

P.O. Box 12548

Austin, Texas 78711-2548

**Phone:** 512-917-3132

**Facsimile:** 512-477-2348

**Email:** scott.smith@oag.texas.gov

PRIVILEGED AND CONFIDENTIAL: This communication is intended solely for the use of the individual or entity to which it is addressed, may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General. If you have received this e-mail in error, immediately delete same and contact the sender.

---

**From:** Scott Smith <Scott.Smith@oag.texas.gov>
**Sent:** Tuesday, November 25, 2025 5:47 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Michael Calb <Michael.Calb@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Sarah Orr <Sarah.Orr@oag.texas.gov>; Karla Gutierrez <Karla.Gutierrez@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

All:

I have spoken with Eric and to clarify, the proposed agreement between TFSC and TFSC ED is as follows:

1) TFSC will endeavor to serve our responses and objections to Plaintiff's RFPs and complete our doc production by 12/15/25 (although there may be some rolling production of docs afterwards);
2. Plaintiff's responses and objections to TFSC's RFPs and doc production are extended 30 days until January 14th;
3. Everything else (Rogs, RFAs, and depos) is abated until January 30th—including ALL discovery related to Plaintiff. and subject to further extension—pending the Court's ruling on Tips's MTD.

Eric- As far as Plaintiff's intention to amend its complaint, Thomas and I will consult our client next week and we will inform you of TFSC's official position then.

If I missed anything or misinterpreted the proposed agreement between Plaintiff and the TFSC defendants, please chime in.

I hope everyone has a Happy Thanksgiving.

Best Regards,



**Scott D. Smith**

*Assistant Attorney General*

*General Litigation Division*

_____

Office of the Attorney General of Texas

P.O. Box 12548

Austin, Texas 78711-2548

**Phone:** 512-917-3132

**Facsimile:** 512-477-2348

**Email:** scott.smith@oag.texas.gov

PRIVILEGED AND CONFIDENTIAL: This communication is intended solely for the use of the individual or entity to which it is addressed, may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.  If you have received this e-mail in error, immediately delete same and contact the sender.

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Tuesday, November 25, 2025 3:12:06 PM
**To:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Michael Calb <Michael.Calb@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Thomas/Michael, et al.—

Thanks for the follow-up. My understanding from my call with Scott this morning is that TFSC is amenable to completing its document production, provided we agree to abate the balance of written discovery pending resolution of the motion to stay and the 12/17 deposition. I also understand the request is reciprocal, meaning discovery will likewise be abated as to plaintiffs. With that understanding, we are willing to abate discovery as to TFSC and the TFSC ED, move the deposition, and abate all discovery as to plaintiffs, pending resolution of the qualified immunity issue by the district court.

You noted in your email (and Scott mentioned by phone) that TFSC and the ED are amenable to extensions. In light of that, I think it makes sense to stipulate under Rule 29 to an abatement through January 30, with the option to revisit any further extensions as that date approaches. I also recommend that we advise the Court of the parties' stipulation through a joint advisory, given that we are bumping up against several early-January deadlines. Ultimately, I expect we will need a Rule 16 conference so the Court can reset deadlines and ensure adequate preparation time for trial.

As for Mrs. Tips, I'm not clear on what she is seeking at this point. I'll defer to Michael and Bri on whether they intend to push forward on their motion, though—given the foregoing—we do not think further briefing is a wise use of the parties' or the Court's resources. Please let us know how you would like to proceed.

Finally, we intend to amend our complaint. The amendment is prompted by the issues newly raised in Mrs. Tips's Rule 12 motion—issues that could not reasonably have been anticipated before the amendment deadline—and is designed to narrow the dispute and address the specific defenses her motion identifies. Courts routinely grant leave in these circumstances, particularly where, as here, the amendments respond to a later-appearing defendant's arguments and streamline the pleadings without prejudicing any party. *See Mayeux v. La. Health Serv. & Indem. Co.*, 376 F.3d 420, 427–28 (5th Cir. 2004); *S&W Enters., L.L.C. v. SouthTrust Bank of Ala., N.A.*, 315 F.3d 533, 536–38 (5th Cir. 2003). Please let me know whether you oppose the requested relief so I can accurately report your position to the Court. I'm happy to have a call to discuss—if that would be helpful, please let me know this afternoon so we can schedule something for tomorrow afternoon or Friday morning.

Thanks.

**Eric Hudson**

**Partner**

1001 S. Capital of Texas Hwy, Bldg L, Suite 250

Austin, Texas 78746

ehudson@terrazaspllc.com

512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>
**Sent:** Tuesday, November 25, 2025 11:15 AM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Eric,

Thanks to all for the constructive chat yesterday.

Counsel to TFSC and TFSC Executive Director have reviewed the ample caselaw at the circuit and trial court levels in the Fifth Circuit, and we do believe that there is broad authority supporting a court's staying discovery as to all claims against all defendant parties when one defendant raises a motion to dismiss based on qualified immunity. A stay is particularly indicated in cases like the present one, where distinguishing between discovery materials that are potentially relevant to a defendant's individual versus the defendant's official capacity acts could prove difficult, and where discovery would, if not stayed as to all defendants, have to resume again as to the moving defendant (if its motion to dismiss were not granted) thereby requiring the non-moving party to participate in duplicative discovery.

For these reasons, Defendants TFSC and TFSC Executive Director plan to proceed today with a motion to stay discovery. Notwithstanding that, we'd like to explore if some compromise position might be available in the meantime, along the lines of some avenues foreshadowed during yesterday's call. My clients have already agreed to extend Plaintiff's expert deadline, and they appreciate Plaintiff's earlier agreeing to extending their deadlines for written discovery by three weeks. Further, my clients have already indicated they would be amenable to extensions of the upcoming deadlines for Plaintiff's discovery responses. I am traveling out of state visiting with my immediate family, but Scott is going to reach out to you early today to discuss if any avenue of agreement is possible.

Thank you.

*Thomas Bevilacqua*

Assistant Attorney General

General Litigation Division

Tel. (737) 224-2489

thomas.bevilacqua@oag.texas.gov


**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.**


**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Monday, November 24, 2025 3:12 PM
**To:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Michael Calb <Michael.Calb@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents


Thomas, et al—


Thanks for the call.  I'll circle back before 12 tomorrow after I've had a chance to consider your positions.  I trust you'll do the same.


**Eric Hudson**

**Partner**

1001 S. Capital of Texas Hwy, Bldg L, Suite 250

Austin, Texas 78746

ehudson@terrazaspllc.com

512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>
**Sent:** Sunday, November 23, 2025 7:07 PM
**To:** Michael Calb <Michael.Calb@oag.texas.gov>; Eric Hudson <ehudson@terrazaspllc.com>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

All,

Based on the emails below, it seems that counsel for all parties are available for a call tomorrow (Monday) at 3 p.m. I'll circulate a Teams invite.

*Thomas Bevilacqua*

Assistant Attorney General

General Litigation Division

Tel. (737) 224-2489

thomas.bevilacqua@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.**

**From:** Michael Calb <Michael.Calb@oag.texas.gov>
**Sent:** Friday, November 21, 2025 3:53 PM
**To:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Eric Hudson <ehudson@terrazaspllc.com>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Eric,

We never indicated any refusal to confer in good faith. We can be available during the proposed times on Monday and Tuesday.

Michael

**From:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>
**Sent:** Friday, November 21, 2025 10:27 AM

**To:** Eric Hudson <ehudson@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Eric,

I am happy to confer further to talk through the issues raised in the various emails below. Unfortunately, it looks like our respective availabilities overlap only partially. I understand you are not available today. Monday, it seems that our only overlapping availability is 3 to 3:45 pm. I have a hard stop at 3:45, but that's probably enough time. Tuesday, the only overlapping time is 10-11 am. Scott has confirmed he is good for these times as well. Let me know what works for you.

Thanks,

*Thomas Bevilacqua*

Assistant Attorney General

General Litigation Division

Tel. (737) 224-2489

thomas.bevilacqua@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.**

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Thursday, November 20, 2025 6:45 PM
**To:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Michael Calb <Michael.Calb@oag.texas.gov>; Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation

<clerk@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Thanks for the update. We do oppose any blanket stay.

A qualified-immunity motion does not automatically halt all discovery.  Before any stay is imposed, the Court must determine whether the pleadings overcome qualified immunity, and even then, narrowly tailored discovery may still proceed if needed to resolve issues. A case-wide freeze is not the default.

Notably, qualified immunity protects only the individual defendant. It does not prevent TFSC or the Executive Director from producing institutional documents, non-Tips communications, or providing Rule 30(b)(6) testimony—none of which burdens Ms. Tips personally. Courts routinely allow that type of discovery to continue while a qualified-immunity motion is pending.

Given the posture and the risk of creating a pile-on of avoidable issues for the Court, I think it would be helpful—and consistent with what the Court will expect—for all parties to conference before anything is filed. I have a federal court hearing tomorrow afternoon, but I'm available Monday afternoon (after 3) or Tuesday morning  (before 11) next week to discuss a reasonable, tailored approach.

I will also note for everyone on this thread that the Western District requires a meaningful conference before any nondispositive motion is filed. I understand that your colleagues in LEDD don't want to have a meaningful conference, but a refusal to confer risks running afoul of that requirement, especially where the scope of relief sought may be disputed. *See* W.D. Tex. Loc. R. CV-7(g). Thus, I recommend that you all accept the invitation.

In any event, if all Defendants still intend to seek a global stay and don't want to conference in good-faith before doing so, please mark us as opposed.

**Eric Hudson**

**Partner**

1001 S. Capital of Texas Hwy, Bldg L, Suite 250

Austin, Texas 78746

ehudson@terrazaspllc.com

512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>
**Sent:** Thursday, November 20, 2025 5:38 PM
**To:** Michael Calb <Michael.Calb@oag.texas.gov>; Eric Hudson <ehudson@terrazaspllc.com>; Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Eric,

I have now reviewed Defendant Tips's Motion to Dismiss filed earlier this afternoon and raising qualified immunity grounds. My reading of the precedents addressing the effect of such a motion on discovery aligns with that of her counsel – namely that upon the filing of such a motion to dismiss, all discovery should be stayed to allow the Court time to consider and rule on it. Defendants TFSC and TFSC Executive Director thus intend to move for a stay of all discovery. Based on your emails below in the chain, I will assume, unless you tell me otherwise, that your client opposes such a motion to stay.

Thanks,

*Thomas Bevilacqua*

Assistant Attorney General

General Litigation Division

Tel. (737) 224-2489

thomas.bevilacqua@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.**

**From:** Michael Calb <Michael.Calb@oag.texas.gov>
**Sent:** Thursday, November 20, 2025 3:16 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Thanks. We will mark you opposed.

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Thursday, November 20, 2025 3:01 PM
**To:** Michael Calb <Michael.Calb@oag.texas.gov>; Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents

Thanks, Michael.

I'm a bit confused by your email. In your MTD, you argue that Mrs. Tips has no role in the case because she did nothing wrong. Yet you now contend in your email that she is "inextricably intertwined" with every aspect of it. Your new assertion in response that TFSC should also be shielded from discovery is not supported by *Carswell*, and I'm not sure where you're finding any authority for an automatic stay.

I was trying to be reasonable here, but your position doesn't reflect a good-faith effort to resolve this. At this point, I think we'll need the court to sort it out.

Please mark us as opposed.

**Eric Hudson**

**Partner**

1001 S. Capital of Texas Hwy, Bldg L, Suite 250

Austin, Texas 78746

ehudson@terrazaspllc.com

512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Michael Calb <Michael.Calb@oag.texas.gov>
**Sent:** Thursday, November 20, 2025 2:54 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Eric,

Our position is that *Carswell* requires a stay of *all* discovery against *all* parties.  Given that discovery against TFSC is inextricably intertwined with discovery against Ms. Tips, allowing discovery to proceed against TFSC would subject Ms. Tips to the very burdens of litigation from which qualified immunity is meant to protect.  Moreover, even setting *Carswell* aside, it would be unduly prejudicial to Ms. Tips to have any discovery conducted in her absence which could potentially damage her position as a litigant. I'll also point out that, if the motion to stay is denied, that denial would be automatically appealable under the collateral order doctrine, causing potentially even greater delay than the delay caused by the requested stay.

Please confirm your position.

Michael

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Thursday, November 20, 2025 2:31 PM
**To:** Michael Calb <Michael.Calb@oag.texas.gov>; Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah

Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>

**Subject:** Re: EPIC v. TFSC | Production of Documents

Thanks for reaching out.

We'll agree provided Mrs. Tips stipulates that she will not oppose discovery proceeding against all other parties, and that she will not ask for any scheduling delays or alterations based on her choice not to engage in discovery.

Let me know.

**Eric Hudson**

**Partner**

1001 S. Capital of Texas Hwy, Bldg L, Suite 250

Austin, Texas 78746

ehudson@terrazaspllc.com

512-294-9891





CONFIDENTIALITY NOTICE

This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Michael Calb <Michael.Calb@oag.texas.gov>
**Sent:** Thursday, November 20, 2025 2:22 PM
**To:** Eric Hudson <ehudson@terrazaspllc.com>; Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** RE: EPIC v. TFSC | Production of Documents

Counsel:

As you may have already seen, Ms. Tips just filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) asserting, *inter alia*, the defense of qualified immunity. Under binding 5th Circuit precedent, no discovery can proceed until that motion is resolved. *See Carswell v. Camp*, 54 F.4th 307, 311-12 (5th Cir. 2022). Please let me know as soon as possible whether you oppose a motion for a stay of all discovery as mandated by *Carswell*.

Best,

Michael

**From:** Eric Hudson <ehudson@terrazaspllc.com>
**Sent:** Tuesday, November 18, 2025 4:44 PM
**To:** Nolan Oldham <Nolan.Oldham@oag.texas.gov>; Benjamin Dower <bdower@terrazaspllc.com>; Michael Calb <Michael.Calb@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Clerk Litigation <clerk@terrazaspllc.com>
**Cc:** Thomas Bevilacqua <Thomas.Bevilacqua@oag.texas.gov>; Scott Smith <Scott.Smith@oag.texas.gov>; Sarah Orr <Sarah.Orr@oag.texas.gov>; Adrian Skinner <Adrian.Skinner@oag.texas.gov>
**Subject:** Re: EPIC v. TFSC | Production of Documents