**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **EAST PLANO ISLAMIC CENTER (EPIC),** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. 1:25-cv-1085 |
| **TEXAS FUNERAL SERVICES** | § | |
| **COMMISSION, et al.** | § | |
| *Defendants* | § | |

**PLAINTIFF EAST PLANO ISLAMIC CENTER'S
UNOPPOSED MOTION FOR PROTECTIVE ORDER**

Plaintiff East Plano Islamic Center ("EPIC") files this unopposed motion for protective order.  Under this Court's Local Rules, "[u]pon motion by any party demonstrating good cause, the court may enter a protective order in the form set out in Appendix H-1, or, in more complex cases, in Appendix H-2, or any other appropriate form" and,"[i]n cases where the parties agree to a protective order, the forms set out in Appendix H-1 and Appendix H-2 are approved."  W.D. TEX. L.R. CV-26(c).  EPIC submits that good cause exists for the Court to enter a protective order. Defendants Texas Funeral Services Commission and Funeral Services Commission Executive Director (official capacity only) have submitted discovery requests that solicit material that EPIC believes is confidential, sensitive, and private for which special protection would be warranted. To expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequate protect information the parties are entitled to keep confidential, to ensure that the parties are permitted necessary uses of such material in preparation for and in the conduct of trial, to address the handling of confidential materials at the end of the litigation, and to serve the ends of justice, EPIC respectfully asks the Court to enter the attached protective order, which is in the form set out in Appendix H-2.  *See id.*

1

**Dated:** March 10, 2026                    Respectfully submitted,

**ARAMBULA TERRAZAS PLLC**

1001 S. Capital of Texas Highway, Bldg. L, Suite 250
Austin, Texas 78746
512.680.3257

By:  */s/ Benjamin L. Dower*
Benjamin L. Dower
State Bar No. 24082931
bdower@terrazaspllc.com

Eric A. Hudson
State Bar No. 24059977
ehudson@terrazaspllc.com
Attorney-in-Charge

**ATTORNEYS FOR EAST PLANO ISLAMIC CENTER**

**CERTIFICATE OF CONFERENCE**

I affirm that Assistant Attorneys General Scott D. Smith and Michael Calb, cumulatively

counsel for all defendants, are unopposed to the relief sought in this motion.

*/s/ Benjamin L. Dower*
Benjamin L. Dower

**CERTIFICATE OF SERVICE**

I affirm that I have filed this application through the Western District of Texas's ECF

system, serving a copy on all counsel of record in the process.

*/s/ Benjamin L. Dower*
Benjamin L. Dower