# EXHIBIT 1

# EXHIBIT 1

Toll Free: (888) 667-4881
Tel: (512) 936-2474
www.tfsc.texas.gov



Physical Address
1801 Congress Ave
Suite 11-800
Austin, Texas 78701

## Texas Funeral Service Commission

July 16, 2025

East Plano Islamic Center
4700 14th Street
Plano, TX 75074

Via Email: ehudson@terrazaspllc.com

**Re: Cease & Desist**

Dear East Plano Islamic Center,

On April 29, 2024, the TFSC received a complaint alleging that EPIC was engaged in unlawful funeral services. TFSC responded in accordance with its policies by beginning an investigation and ordering EPIC to cease and desist the alleged unlawful activities. On March 26, 2025, the Texas Funeral Service Commission (TFSC) informed you of its belief (based on the received complaint) that you were operating as a funeral home without an establishment license in violation of Tex. Occ. Code § 651.351 and ordered you to cease and desist "funeral services" operations. An investigation into this complaint is ongoing and a final determination has not been made. This letter serves to clarify the scope of TFSC's March 26, 2025 letter.

Texas law requires that an individual or establishment be licensed only if they are engaged in directing funerals or preparing bodies for compensation. In accordance with longstanding policy, the TFSC has always permitted religious organizations to engage in: 1) operating a hotline or otherwise receiving and providing information to/from members within the religious community related to organization of religious rites for a deceased person; 2) helping persons affiliated with the deceased identify and/or contact a licensed funeral establishment or funeral director; 3) notifying members of the community of the community prayers to be performed for the deceased; 4) performing the funeral prayer (Janaza); or 5) helping persons affiliated with the deceased with collecting the death certificate (but without EPIC itself providing or filing the certificate). The Texas Funeral Service Commission does not regulate such practices and the March 26, 2025 letter does not relate to such activities. EPIC will not be in violation of the cease-and-desist order if it engages in the aforementioned practices.

To the extent that you are 1) helping persons affiliated with the deceased arrange for the transportation of the body to and from the EPIC mosque or 2) helping persons affiliated with the deceased wash and shroud the body, please be advised that such activities must be done in compliance with applicable Texas law, including the requirements of Chapter 651 of the Texas Occupations Code, because they involve the handling of human remains. But if they are done in compliance with applicable Texas law, the TFSC also permits religious organizations to engage in those activities and does not consider them "funeral service operations" if performed without compensation. EPIC will not be in violation of the cease-and-desist order if it engages in the aforementioned practices if performed in compliance with Texas law and without compensation.

Texas law prohibits individuals or organizations from engaging in activities that constitute funeral directing in the State of Texas for compensation without holding the proper license issued by the Texas Funeral Services Commission. Tex. Occ. Code § 651.251; 651.001(7).

The aforementioned activities may proceed so long as they are done in compliance with Texas law. If TFSC receives credible information suggesting that any of the aforementioned activities are being performed in a manner *not* in compliance with Texas law, we will notify your counsel promptly and attempt to resolve the allegation prior to taking further action. If you have any questions, please contact the TFSC for further information. Otherwise, we will be in touch as necessary for our investigation.

Sincerely,

Maria Haynes
Interim Executive Director
Texas Funeral Service Commission