# EXHIBIT 2



# TEXAS FUNERAL SERVICE COMMISSION

## SUBPOENA FOR RECORDS

TO:   Mr. Muhammad Jawaid Isa, President, of East Plano Islamic Center,

Mr. Muhammad Jawaid Isa, President of East Plano Islamic Center, whose mailing address is 4700 14th Street, Plano, TX, 75074, in C/O
Mr. Eric Hudson, Attorney of Record, whose address is 1001 Capital of Texas Highway, Building L, Suite 250, Austin, Texas 78746-6450, with the email address of ehudson@atlawpllc.com;
is summoned to produce:

(1) All documents, to include but not limited to

A copy of the Agreement and/or Contract with Hughes Funeral Home to provide funeral services.

A copy of the Agreement and/or Contract with Harris Funeral Home AKA Harris Funeral Home & Cremations.

A list of ALL decedents who received funeral services from January 1, 2024 through March 24, 2026.

For these decedents, the full name of each decedent, the date of death, the date of interment, the name of the cemetery where they were interred, the name of the funeral director who made the funeral arrangements and the name of the funeral director who was present at the interment.

Provide a copy of the death certificate for each of these decedents.

In the event the decedent was not interred on the same date of death, provide the address of the location where the decedent was maintained until the day of interment.

Identify the location where the funeral services were provided, to include the preparation of the decedent for interment (washing and dressing of the decedent). Identify the name of the funeral home director who performed the washing and dressing of the decedent.

Provide a copy of the checks/money order/payment, paid to the funeral home, which handled the funeral directing services to include, but not limited to administration services, first call, and preparation of the decedent for interment and casketing of the decedent.

For the interment services provided, provide a copy of the check paid to the receiving cemetery.

Toll Free: (888) 667-4881
Tel: (512) 936-2474
www.tfsc.texas.gov

Physical Address:
1801 Congress Ave
Suite 11-800
Austin, Texas 78701



# TEXAS FUNERAL SERVICE COMMISSION

Provide an accounting of the compensation collected for each decedent, identify who paid for the funeral services including administration services, first call, and preparation of the decedent for interment and casketing of the decedent. How much money was collected, who from and paid to who?

Identify who contacted the cemetery where the decedent would be interred.

For each decedent, what was the cost for interment, who paid this cost, how was this cost paid and to who?

And within fourteen (14) days of the date of this subpoena to submit copies of same to the representative of the Texas Funeral service Commission, Norma Rodriguez-Dietz, Investigator, via email to norma.rodriguez@tfsc.texas.gov or by mail to 1801 Congress Avenue, Suite 11.800, Austin, Texas 78701.


Certified Mail: 9214 8901 9403 8363 3895 16


Issued this 25th day of March 2026.

Maria Haynes

Interim Executive Director


Toll Free:  (888) 667-4881
Tel: (512) 936-2474
www.tfsc.texas.gov

Physical Address:
1801 Congress Ave
Suite 11-800
Austin, Texas 78701