# EXHIBIT 1



# Governor Abbott Announces Action Taken Against East Plano Islamic Center

March 26, 2025 | Austin, Texas | Press Release

Governor Greg Abbott today announced that the Texas Funeral Service Commission sent a cease-and-desist letter ordering the East Plano Islamic Center (EPIC) compound to immediately stop all illegal funeral service operations. Earlier this week, Governor Abbott announced that a dozen state agencies are investigating potential illegal activities taking place at EPIC.

"Here in Texas, we uphold the rule of law," said Governor Abbott. "The group behind the proposed East Plano Islamic Center compound in Collin County is knowingly breaking state law in many ways, including by operating a funeral home without a license. This is a crime, and it will not be tolerated. Texas will continue to defend our communities from any threats posed by EPIC City."

The cease-and-desist letter has been forwarded to the local district attorney's office for potential prosecution.

Read Texas Funeral Service Commission's letter to the East Plano Islamic Center here.



**Contact**

**Office of the Texas Governor**
P.O. Box 12428
Austin Texas 78711
(512) 463-2000

Employment

Site Policies

Accessibility

Texas.gov

RSS Feed

Report Fraud

Where the Money Goes

TRAIL Search

Texas Veterans Portal

Site Map

Texas Flood Response

**Exhibit 1**