# EXHIBIT 2

 (/)

TFSC Commissioners (/BoardMembers)

Open Meeting (/node/32)

Whole Body Donation (/Whole%20Body%20Donation)

TFSC News (/news)

Careers (/career)

Media (/news)

Sunset Review Process (/Sunset_Review)

Consumer Information (/ConsumerInformation)

License Search & Verification (/licensesearchandverification)

Governing Laws (/Laws)

How to File a Complaint (/complaints)

Becoming Licensed as a Funeral Director or Embalmer in Texas (/becominglicensed)

How to User Guide (/How%20to%20User%20Guide)

Renewing or Reinstating an Individual License (/RenewingReinstating)

Mortuary Law Exam (/Mortuary-Law-Exam)

Criminal Convictions (/CriminalConvictionProcedures)

Establishment Licensing & Regulations (/establishmentlicensing)

Establishment Renewals (/Establishment%20Renwals)

Public Information Requests (/PublicInformationRequests)

Statutorily Mandated Reports (/Reports)

TFSC Forms (/Forms)

Staff Contacts (/staff)

Site Policies (/Site-Policies)

# TFSC News

  (http://www.texasamerica250.com)

---

**2026 Texas Funeral Service Commission Customer Satisfaction Survey**

The Texas Funeral Serivice Commission strives to provide licensing, enforcement, and other regulatory services to the public in an honest, fair, thorough, cost-efficient, and timely manner. To help us continue improving these services, we invite you to share your feedback regarding your experience with the Commission.

The Commission is also beginning its strategic planning process for fiscal years 2027–2031. Strategic planning is a long-term, forward-looking effort that assesses current conditions, sets goals, and guides agency decision-making. It includes a multiyear view of the objectives and strategies needed to achieve the agency's mission and directs all major agency operations. As part of this process, the Commission is seeking your input on customer service, as well as on trends, conditions, opportunities, and challenges affecting either the Commission or the profession we regulate is essential to developing an effective plan. Your feedback will help the Commission identify key needs within the regulated professions and address major issues expected to affect the agency in the coming years.

2026 TFSC Customer Satisfaction Survey (https://docs.google.com/forms/d/e/1FAIpQLSeHKbswfFcSbS_Pz58iGaWxT7jUcKiBrsZG3FvtGJng7-LUMQ/viewform?usp=publish-editor)

Thank you in advance for completing the survey.



**FOR IMMEDIATE RELEASE**

**DATE:** May 29, 2025

**TFSC Opens Complaint Expanding Investigation into Golden Gate Funeral Home**

**License #3373**

**Dallas, TX —** The Texas Funeral Service Commission (Commission) has initiated a complaint and expanded its ongoing investigation into Golden Gate Funeral Home, Dallas, License Number 3373, after a referral from law enforcement authorities in Shreveport, Louisiana. The new complaint involves the remains of a one-day-old stillborn child that were discovered by a contracted linen service after the remains were transported across state lines.

Before this incident, the Commission had already launched an administrative investigation into Golden Gate based on separate allegations. The agency's review now includes this new matter; the Commission will continue to work with law enforcement officials as the situation develops.

Exhibit 2

"Every decedent is entitled to a respectful and lawful disposition. Every Texan deserves both protection from predatory practices and the ability to voice concerns about the services they receive," said TFSC Executive Director Scott Bingaman. "This case has created unnecessary and deeply distressing obstacles for a grieving family due to alleged negligence. The Commission is committed to conducting a thorough and impartial investigation to determine whether the child's remains were mishandled. If violations are substantiated, appropriate enforcement actions will be taken."

TFSC has previously taken disciplinary action against Golden Gate Funeral Home's license. With this latest complaint, the Commission is actively reassessing the establishment's compliance history and will consider all available remedies under Texas law, including those authorized by the Texas Health and Safety Code and Texas Occupations Code.

As this complaint is on-going, the Commission is unable to release further details currently. Updates will be provided as appropriate when the matter advances. Individuals with relevant information concerning Golden Gate Funeral Home or this incident are encouraged to contact the Texas Funeral Service Commission at legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov) or by phone at (512) 936-2474.

Additional information about the agency's complaint process and enforcement actions can be found at www.tfsc.texas.gov (http://www.tfsc.texas.gov/).

**Contact Information:** Scott Bingaman, Executive Director, Texas Funeral Service Commission

Phone: (512) 936-2474 Email: legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov)

Website: www.tfsc.texas.gov (http://www.tfsc.texas.gov)

**-END-**

 **TEXAS FUNERAL SERVICE COMMISSION**

**FOR IMMEDIATE RELEASE**

**Date:** May 7, 2025

**Texas Funeral Service Commission Issues Cease and Desist Order Against Out-of-State Body Donation Organization for Violating Texas Law and Statewide Moratorium**

**Austin, Texas** – The Texas Funeral Service Commission (TFSC) has issued a formal Cease and Desist Order (https://tfsc.texas.gov/files/C%26D%20Nassiri.pdf) to Mr. Obteen Nassiri, Surgical & Medical Training Services, LLC, and the New Gift Whole Body Donation Program, based in Las Vegas, Nevada. This order is effective immediately and prohibits all operations by the named individuals and entities within the State of Texas.

This action follows the Commission's determination that Mr. Nassiri has engaged in activities that violate Chapter 691 of the Texas Health and Safety Code, which governs the regulation of anatomical donation organizations and anatomical facilities. Specifically, the Commission obtained written confirmation—an email dated April 22, 2025—in which Mr. Nassiri admits to conducting business in Texas without proper authorization or registration.

Furthermore, Mr. Nassiri's actions directly violate a statewide moratorium issued by the Texas Funeral Service Commission in April 2024,that was implemented to address legal and regulatory gaps identified during the transition of oversight authority from the former State Anatomical Board to the TFSC. Among the concerns cited in support of the moratorium:

1. Legal ambiguity regarding TFSC's jurisdiction over out-of-state entities that mishandle or exploit donated remains transferred from Texas;
2. Inadequate or non-compliant procedures previously used to approve out-of-state transfers;
3. Lack of clear standards for determining whether the state's educational needs were satisfied before approving export of anatomical donations;
4. The need for further review under Section 691.023, Texas Health and Safety Code, concerning procedures for handling unclaimed decedents.

The moratorium remains in effect until further notice and is part of the Commission's broader effort to ensure that all anatomical donations are handled with respect, dignity, and full legal compliance.

The TFSC has notified all registered willed body programs, anatomical facilities, and non-transplant anatomical donation organizations of this Cease and Desist directive. The prohibition also extends to any known associates of Mr. Nassiri, including familial or affiliated parties, and remains in force until lifted by written directive of the Executive Director or modified by further Commission action.

Mr. Nassiri has previously been the subject of national media scrutiny, including an investigative report by NBC News highlighting regulatory concerns tied to his former company, Med Ed Labs, and its relationship with the University of North Texas.

Anyone with information related to Obteen Nassiri, Surgical & Medical Training Services, or the New Gift Whole Body Donation Program is urged to contact TFSC at compliance@tfsc.texas.gov (mailto:compliance@tfsc.texas.gov) or (512) 936-2474.

The Commission remains committed to protecting the public, honoring the intent of donors and their families, and ensuring that all anatomical donation activities conducted in or involving the State of Texas meet the highest standards of integrity, transparency, and statutory compliance.

**Contact Information:** Scott Bingaman, Executive Director, Texas Funeral Service Commission

Phone: (512) 936-2474 Email: legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov)

Website: www.tfsc.texas.gov (http://www.tfsc.texas.gov)

**-END-**



**FOR IMMEDIATE RELEASE**

**Texas Funeral Service Commission Persists with Compliance Directive to Richardson Mortuary Amid Ongoing Investigation**

**Date:** April 23, 2025

**Houston, TX** — Following the issuance of a Cease-and-Desist Order on April 15, 2025, the Texas Funeral Service Commission (TFSC) has directed Richardson Mortuary to comply with a series of regulatory mandates aimed at ensuring accountability, transparency, and public safety. The order required full compliance within 14-days and instructed the establishment to submit records and information. To date, Richardson Mortuary has partially complied.

The Commission's directive called for confirmation of statutory compliance, a successful facility inspection, a complete list of all licensed embalmers and funeral directors employed between April 2024 and April 2025, and documentation of all funeral services provided during that timeframe. Additionally, Richardson Mortuary was required to submit a full list of all decedents, their next of kin, and the names of transport companies and funeral establishments involved in the transfer and storage of remains over the previous year.

In response, representatives of Richardson Mortuary—Michael Richardson and Gayle Bell—submitted partial documentation along with statements outlining several barriers to full compliance. Richardson noted that due to ongoing health issues, he may be unable to fulfill the Commission's requirements within the stated 14-day period. The establishment also reported that the building lease had been terminated by the landlord, and access to the facility has been revoked. As a result, Richardson Mortuary is now considered closed with no plans to reopen. Representatives for the establishment questioned the necessity of passing a new inspection under current circumstances.

Despite these challenges, Richardson, Bell, and Ramon Sells have been identified as the licensed funeral professionals employed during the relevant timeframe. Partial documentation of services rendered was also submitted, while additional records will be picked up in person by the Commission due to Richardson's hospitalization and inability to coordinate secure delivery.

In response to the directive regarding decedent transfers, the funeral home confirmed that multiple remains were transported from the facility between April 11 and April 14, 2025. The primary transport provider was Spectrum Deathcare Services, with additional removals carried out by Birdsong Cremations, Pruitt & Pruitt, Pruitt's In the Heights, North Park Crematory, and Fort Bend Memorial Planning Center. The Commission has received a corresponding list of decedents and next of kin to aid in the verification and investigation process.

The Commission's administrative investigation into Richardson Mortuary is ongoing. A final assessment concerning fines, penalties, and licensure will be determined at the conclusion of this investigation. The Commission remains committed to safeguarding the public from predatory practices and ensuring that all decedent remains are treated with dignity and respect. As part of this process, the agency is continuing a detailed review of all submitted materials and working to verify that families receive accurate information, and their loved ones remains receive appropriate care. TFSC will continue to carry out its oversight responsibilities through fair, impartial enforcement of Texas laws governing the funeral and death care industry.

Anyone with additional information regarding Richardson Mortuary is encouraged to contact the Texas Funeral Service Commission at legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov) or by phone at (512) 936-2474.

**Contact Information:** Scott Bingaman, Executive Director, Texas Funeral Service Commission
Phone: (512) 936-2474 Email: legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov)
Website: www.tfsc.texas.gov (http://www.tfsc.texas.gov)

**-END-**



**FOR IMMEDIATE RELEASE**

**Owner of Capital Mortuary Services Arrested Following Joint Texas Funeral Service Commission and Austin Police Department Investigation**

**Date:** April 23, 2025

Austin, TX — On Friday, April 18, 2025  the Austin Police Department (APD) arrested Ms. Adeline Nganbinh Bui, license 119916, owner of Capital Mortuary Services (CMS), license 2424 and 3847, on charges including abuse of a corpse and five additional counts related to tampering with a government license.

The arrest follows an administrative investigation (https://tfsc.texas.gov/files/TFSC%20Cease%20and%20Desist%20RM%20SB1.pdf) conducted by the Texas Funeral Service Commission (TFSC) on April 10, 2025, at CMS, located at 201 Victor Street, Austin, Texas 78753. The investigation was prompted by a formal complaint received by the agency earlier this month that resulted in a coordinated effort with APD, which has since expanded into an active criminal investigation.

The Commission's administrative investigation remains ongoing. TFSC is committed to enforcing state regulations, protecting the public from predatory practices, and ensuring that decedent remains are treated with dignity and respect in accordance with Texas law.

Anyone with additional information concerning Capital Mortuary Services is urged to contact the Texas Funeral Service Commission at legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov) or visit our website at www.tfsc.texas.gov (http://www.tfsc.texas.gov/) to file a complaint. Additionally, you may contact the Austin Police Department at 512-974-TIPS or submit your tip anonymously through the Capital Area Crime Stoppers Program by visiting austincrimestoppers.org (http://austincrimestoppers.org/) or by calling 512-472-8477.

All media inquiries related to the criminal investigation should be directed to the Austin Police Department Public Information Office at (512) 974-5017 or via email at https://www.austintexas.gov/email/police3 (https://www.austintexas.gov/email/police3).

**Contact Information:** Scott Bingaman, Executive Director, Texas Funeral Service Commission
Phone: (512) 936-2474 Email: legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov)
Website: www.tfsc.texas.gov (http://www.tfsc.texas.gov)

**–END–**



**FOR IMMEDIATE RELEASE**

**TFSC Prioritizes Identification and Reuniting Unclaimed Remains from Richardson Mortuary**

**Date:** April 23, 2025

**Houston, TX** — As part of a coordinated response with the Texas Funeral Service Commission (Commission), the **Houston Police Department's Major Offenders Division** has taken **custody of 89 sets of cremated remains** (https://tfsc.texas.gov/files/CITY%20OF%20HOUSTON%20RECEIPT%20OF%20CREMATED%20REMAINS.pdf) (cremains) that were being stored at Richardson Mortuary. As of April 20, only six sets of remains have been claimed by next of kin.

The Commission's first priority has been and continues to be to ensure that all decedent remains are treated with dignity and returned to their rightful families. TFSC remains dedicated to rigorously enforcing state regulations, protecting the public from harmful practices, and ensuring that all decedent remains are handled with the utmost dignity and respect.

On April 11, 2025, the Commission conducted an on-site inspection of Richardson Mortuary, which revealed serious regulatory concerns. The findings from that inspection now serve as the foundation for the agency's ongoing administrative investigation and will guide the Commission's efforts to bring resolution to the affected families.

The Commission is steadfastly committed to ensuring that all decedent remains formerly in the custody of Richardson Mortuary are properly accounted for and that next of kin are identified and notified.

Families with questions or concerns regarding their loved ones' ashes or services provided by Richardson Mortuary are strongly urged to contact:

Detective J.P. Varela
Houston Police Department – Major Offenders Division
Phone: (713) 308-3100 or (713) 308-3192

Anyone with additional information regarding Richardson Mortuary is encouraged to contact the Texas Funeral Service Commission at legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov) or file a complaint by visiting www.tfsc.texas.gov (http://www.tfsc.texas.gov).

**Contact:** Scott Bingaman, Executive Director Texas Funeral Service Commission
Phone: (512) 936-2474
Email: legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov)
Website: www.tfsc.texas.gov (http://www.tfsc.texas.gov)

**–END–**



**FOR IMMEDIATE RELEASE**

**Texas Funeral Service Commission Orders Immediate Shutdown of Richardson Mortuary**

**Date:** April 14, 2025

**Houston, TX** — The Texas Funeral Service Commission (TFSC) has issued an immediate Cease-and-Desist Order (https://tfsc.texas.gov/files/TFSC%20Cease%20and%20Desist%20RM%20SB1.pdf) against Richardson Mortuary, effective today, April 14, 2025. This action follows significant violations discovered during an inspection conducted on Friday, April 11, 2025.

Preliminary inspection findings have substantiated several complaints received by the Commission regarding Richardson Mortuary, including:

- Failure to comply with building, health, and safety code standards.
- Unprofessional conduct in delivering funeral services.
- Negligent practices in embalming and funeral directing, resulting in deception and harm to the public.

Although the inspection of Richardson Mortuary is complete, the Commission's investigation into the establishment's practices and compliance continues.

The TFSC remains dedicated to rigorously enforcing state regulations, protecting the public from harmful practices, and ensuring that all decedent remains are handled with the utmost dignity and respect.

Anyone with additional information concerning Richardson Mortuary is urged to contact the Texas Funeral Service Commission at legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov) or visit our website at www.tfsc.texas.gov (http://www.tfsc.texas.gov).

**Contact Information:** Scott Bingaman Executive Director Texas Funeral Service Commission

Phone: 512-936-2474

**-END-**



**FOR IMMEDIATE RELEASE**

**Events Concerning Richardson Mortuary**

**Date:** April 11, 2025

**Houston, TX** — The Texas Funeral Service Commission (Commission) is aware of the developing situation at Richardson Mortuary and are working with the Harris County Sheriff's Office and the Houston Police Department to resolve the matter. Residents are encouraged to file complaints to the Commission here (https://tfsc.texas.gov/files/Complaints/Complaint%20Form.pdf) or by calling the Harris County Sheriff's Office at 713-755-6044.

The Commission remains committed to enforcing state regulations to protect the interests and safety of the public from predatory practices and to ensure that decedent remains are treated with dignity and respect. We urge anyone with information concerning this situation to contact the Texas Funeral Service Commission at legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov) or visit our website, www.tfsc.texas.gov (http://www.tfsc.texas.gov/) for more information.

**Contact Information:** Scott Bingaman Executive Director Texas Funeral Service Commission

Phone: 512-936-2474

**- END -**



**FOR IMMEDIATE RELEASE**

**Texas Funeral Service Commission Acts on Unlicensed Operation at the East Plano Islamic Center (EPIC)**

**Date:** March 26, 2025

**Plano, TX** – The Texas Funeral Service Commission (TFSC) has issued an immediate cease-and-desist (https://gov.texas.gov/uploads/files/press/Cease_Desist.pdf) order to East Plano Islamic Center (EPIC), located at 4700 14th Street, Plano, Texas, following findings that the establishment has been unlawfully functioning as a funeral establishment without the requisite licensing— a violation of Tex. Occ. Code § 651.351.

After receiving information regarding funeral operations being advertised on the website epicmasjid.org, TFSC confirmed that EPIC has been offering comprehensive funeral services. These services, as described on their website, include body transportation, ghusl (body wash), private viewing, and funeral prayers, activities that collectively necessitate a funeral establishment license under Texas law.

Specifically, Tex. Occ. Code § 651.351 mandates that any establishment conducting funeral business must possess a license issued by the TFSC. EPIC's actions constitute funeral directing as defined under Section 651.001 of the Occupations Code outlining the responsibilities and services considered under funeral directing.

Given the seriousness of these findings, the TFSC has also made a criminal referral to the Collin County District Attorney as per § 651.602 of the Occupations Code, which could lead to criminal charges of unlawful operations to the public.

The TFSC remains committed to enforcing state regulations to protect the interests and safety of the public from predatory practices and to ensure that decedent remains are treated with dignity and respect. We urge anyone with information concerning this investigation to contact the Texas Funeral Service Commission at legal@tfsc.texas.gov (mailto:legal@tfsc.texas.gov) or visit our website, www.tfsc.texas.gov (http://www.tfsc.texas.gov/)   for more information.

**Contact Information:** Scott Bingaman Executive Director Texas Funeral Service Commission Phone: 512-936-2474

Governor Abbot Announces Action Action Taken Against East Plano Islamic Center (https://gov.texas.gov/news/post/governor-abbott-announces-action-taken-against-east-plano-islamic-center)

**- END -**



**TEXAS FUNERAL SERVICE COMMISSION**

**FOR IMMEDIATE RELEASE**

**Date:** March 11, 2025

**Houston, TX** — On February 18, the Texas Funeral Service Commission (TFSC) received a complaint regarding alleged misconduct by Amber P. Laudermilk, a licensed embalmer previously employed by Claire Brothers Funeral Home. The incident, which reportedly occurred on February 7, 2025, at Memorial Mortuary & Crematory in Houston, involved the alleged mutilation of a deceased individual and subsequent efforts to conceal this misconduct, including intimidation of staff.

On February 21, the TFSC engaged the Harris County Constable's Office for enforcement support, sharing detailed findings from the ongoing investigation. The preliminary findings substantiated the allegations against Ms. Laudermilk, confirming serious misconduct. Evidence indicates Ms. Laudermilk violated several legal statutes, including TEX. PENAL CODE § 42.08, Abuse of Corpse and 22 TEX. ADMIN. CODE § 209.1(e)(9), which governs the proper handling, custody, care, and transport of a decedent. Further investigations are ongoing, and additional administrative violations may be forthcoming.

The agency has since determined that an imminent peril to the public health, safety, or welfare exists and is initiating the immediate suspension of Ms. Laudermilk's Texas embalmer license effective today.

We extend our gratitude to the Harris County Constable's Office Precinct 1 for their crucial cooperation and support in advancing this investigation.

**Public Assistance Requested:** We urge anyone with information related to this case to please contact either the Harris County Constable's Office or the TFSC's Investigations Unit using the contact details provided below.

**- END -**

---

**Texas Funeral Service Commission**

**Address** 1801 Congress Avenue, Suite 11.800, Austin, Texas 78701

**Contact** Phone: 512-936-2474, Toll free: 1-888-667-4881, E-mail: info@tfsc.texas.gov (mailto:info@tfsc.texas.gov)

 (https://www.facebook.com/profile.php?id=100066913694575)  texas.gov (http://www.texas.gov)

(https://www.tsl.state.tx.us/apps/lrs/agencies/index.html) TEXAS Homeland Security (http://www.texashomelandsecurity.com)

(http://www.dshs.state.tx.us/volunteer/) Texas Veterans Portal (https://veterans.portal.texas.gov/)

**Exhibit 2**