# EXHIBIT 3



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

May 13, 2026

Mr. Eric Hudson                    **via CM/RRR: 7007 0220 0000 5721 5673**
Arambula Terrazas
1101 Capital of Texas Hwy., Bldg. L, Ste. 250
Austin, Texas 78746

      RE:    *Texas Funeral Service Commission Subpoena to East Plano Islamic Center*

Counsel,

      This will serve as a formal demand letter to your client, the East Plano Islamic Center {"EPIC"), to promptly comply with the subpoena by the Texas Funeral Service Commission ("Commission") originally issued to your client on March 25, 2026.

      The subpoena was lawfully issued pursuant to the provisions of Tex. Occ. Code § 651.156(c), pursuant to its ongoing investigation of EPIC's activities. If the subpoenaed information is not received by the Commission, on or before May 28, 2026, the Commission will promptly move for judicial enforcement.

                      Respectfully,

                      */s/ John C. Lipps*
                      John C. Lipps
                      Assistant Attorney General
                      Administrative Law Division
                      OFFICE OF THE ATTORNEY GENERAL
                      808 Travis Street, #1520
                      Houston, Texas 77002
                      Ph: (713) 225-8907
                      Fax: (512) 320-0167
                      john.lipps@oag.texas.gov

Cc:    Muhammad Jawaid Isa      **via CM/RRR: 7007 0220 0000 5721 5680**
       President of East Plano Islamic Center
       4700 14th Street
       Plano, Texas 75074