IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EAST PLANO ISLAMIC CENTER (EPIC),<br>*Plaintiff*<br><br>v.<br><br>TEXAS FUNERAL SERVICES COMMISSION and TEXAS FUNERAL SERVICES COMMISSION EXECUTIVE DIRECTOR in their official capacity, KRISTIN TIPS in her individual capacity<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:25-cv-1085-DAE |

**FIRST AMENDED SCHEDULING ORDER**

The following dates are entered to control the course of this case against Plaintiff East Plano Islamic Center and Defendant Kristin Tips in her individual capacity (hereafter, "the parties")[1].

1. The parties must mediate this case on or before **March 5, 2027** and file a report in accordance with Rule 88 after the mediation is complete. This deadline may be extended by agreement between the parties.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **December 18, 2026** and each opposing party shall respond, in writing, by **January 15, 2027**.

[1] The proceedings related to Defendants Texas Funeral Commission and Texas Funeral Service Commission Executive Director in their official capacity remain abated at this time, per the Court's order dated August 11, 2026. (Dkt. #64.)

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **<u>January 29, 2027</u>**.

4. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **<u>February 26, 2027</u>**. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **<u>March 29, 2027</u>**. All designations of rebuttal experts shall be designated within 14 days of receipt of the report of the opposing expert.

5. A objection to the reliability of an expert's proposed testimony under Federal Rules of Evidence 702 shall be make by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **30** days of receipt of the written report of the expert's propsed testimony, or within **15** days of the expert's deposition, if a deposition is taken , whichever is later.

6. The parties shall complete discovery on or before **<u>June 4, 2027</u>**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **<u>July 2, 2027</u>**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10)

paegs in length in accordance with Local Rule CV-7(e). **If the parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

8. If required, a hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

IT IS SO ORDERED.

DATED: Austin, Texas, August 25, 2026

David Alan Ezra
Senior United States District Judge