IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EAST PLANO ISLAMIC CENTER (EPIC), *Plaintiff* | § § § | |
| v. | § | Civil Action No. 1:25-cv-1085-DAE |
| TEXAS FUNERAL SERVICES COMMISSION, et al. *Defendants.* | § § § § | |

**PLAINTIFF EAST PLANO ISLAMIC CENTER AND DEFENDANT KRISTIN TIPS'S JOINT NOTICE REGARDING MOTION TO COMPEL DISCOVERY RESPONSES**

TO THE HONORABLE COURT:

Plaintiff East Plano Islamic Center ("EPIC") and Defendant Kristin Tips ("Ms. Tips") (for the purpose of this filing, the "Parties") file this joint notice in compliance the Court's text order dated October 6, 2026. On October 15, 2026, the Parties' counsel met in person to confer regarding the issues presented in EPIC's Motion to Compel Discovery Responses (Dkt. #70). Based on an agreement reached during that conference, the Parties have resolved the issues presented in EPIC's Motion to Compel Discovery Responses. As such, EPIC withdraws its Motion to Compel Discovery Responses, and the Parties respectfully advise the Court that no additional judicial intervention is needed.

ARAMBULA TERRAZAS PLLC
1001 S. Capital of Texas Highway,
Bldg. L, Suite 250
Austin, Texas 78746
Telephone: (512) 680-3257

/s/ *Eric A. Hudson*
ERIC A. HUDSON
Texas Bar No. 24059977
ehudson@atlawpllc.com
Attorney-in-Charge

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

WILLIAM D. WASSDORF

BENJAMIN L. DOWER
Texas Bar No. 24082931
bdower@atlawpllc.com

ATTORNEYS FOR PLAINTIFF

Deputy Attorney General for Civil Litigation

BRIANA M. WEBB
Chief, Law Enforcement Defense Division

*/s/ Michael J. Calb*
Signed with Permission
MICHAEL J. CALB
Special Counsel
Attorney-In-Charge
Texas State Bar No. 24126986
Michael.Calb@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080

COUNSEL FOR DEFENDANT
KRISTIN TIPS

**CERTIFICATE OF SERVICE**

I affirm that on October 26, 2026, I filed this response through the Western District of Texas's ECF system, thereby serving a copy on all counsel of record in the process.

/s/ *Benjamin L. Dower*
Benjamin L. Dower